**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Trent**<br>First name<br><br>**Dwight**<br>Middle name<br><br>**Ford**<br>Last name and Suffix (Sr., Jr., II, III) | **Jill**<br>First name<br><br>**Nicole**<br>Middle name<br><br>**Ford**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **FKA Trent Dwight Snow** | **FKA Jill Nicole Snow** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2171** | **xxx-xx-9806** |

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **16813 Little Leaf Lane**<br>**Edmond, OK 73012**<br>Number, Street, City, State & ZIP Code<br><br>**Oklahoma**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

3/17/21 11:48AM

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| Debtor | **In re: Oliver and Olivia Children Apparel, Inc.** | Relationship to you | **PRESIDENT; VICE PRESDIENT** |
|---|---|---|---|
| District | **WESTERN DISTRICT OF OKLAHOMA** | When   **3/17/21** | Case number, if known   **21-10572** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When   _____ | Case number, if known   _____ |

---

**11. Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Trent Dwight Ford** | | |
|---|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

---

3/17/21 11:48AM

Debtor 1    **Trent Dwight Ford**

Debtor 2    **Jill Nicole Ford**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** | | |
|---|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | | Case number *(if known)* |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** How much do you estimate your assets to be worth?

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** How much do you estimate your liabilities to be?

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Trent Dwight Ford** | **/s/ Jill Nicole Ford** |
|---|---|
| **Trent Dwight Ford** | **Jill Nicole Ford** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **March 17, 2021** | Executed on  **March 17, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** |
| Debtor 2 | **Jill Nicole Ford** |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jerry D. Brown OBA** _____     Date     **March 17, 2021**
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Jerry D. Brown OBA #16815**
Printed name

**Jerry D. Brown, P. C.**
Firm name

**5500 N. Western Ave.**
**Suite 150**
**Oklahoma City, OK 73118**
Number, Street, City, State & ZIP Code

Contact phone     **(405) 841-1000** _____     Email address     **jdbrownpc@sbcglobal.net**

**OBA #16815 OK**
Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $        768,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | $        135,088.54 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $        903,088.54 |

**Part 2:    Summarize Your Liabilities**

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        801,899.16 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $        0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $        1,558,226.92 |
| | **Your total liabilities** | $    2,360,126.08 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $        7,635.66 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................. | $        10,856.40 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Trent Dwight Ford**

Debtor 2   **Jill Nicole Ford**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case and this filing: |
| --- |

| Debtor 1 | **Trent Dwight Ford** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jill Nicole Ford** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                  12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
| --- | --- | --- |
| **1.1** | | |
| **16813 Little Leaf Lane** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Edmond        OK    73012-0000** | ☐ Manufactured or mobile home | **Current value of the entire property?** **Current value of the portion you own?** |
| City            State    ZIP Code | ☐ Land | **$768,000.00**       **$768,000.00** |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one | **JOINT TENANCY** |
| **Oklahoma** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ■ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **LOT 460, BLK 23, ROSE CREEK BLOCKS 23-24, THE FAIRWAYS ADDN TO CITY OF OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA** | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**     | **$768,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| Debtor 2 | **Jill Nicole Ford** |

Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | **CADILLAC** |
|---|---|---|
| | Model: | **ESCALADE ESV** |
| | Year: | **2019** |
| | Approximate mileage: | **5000** |

Other information:

**PURCHASED FOR BUSINESS USE; CO-OWNED WITH OLIVER & OLIVIA CHILDREN APPAREL, INC.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$64,000.00** | **$64,000.00** |

| 3.2 | Make: | **CADILLAC** |
|---|---|---|
| | Model: | **UTILITY XT5** |
| | Year: | **2017** |
| | Approximate mileage: | **UNKNOWN** |

Other information:

**BARE LEGAL TITLE-- DEBTOR 2 IS ON THE LOAN AND THE TITLE TO HER MOTHER'S VEHICLE; HER MOTHER DRIVES AND MAKES THE PAYMENTS**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| **$64,000.00** |
|---|

**Part 3:  Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| MISC. HOUSEHOLD GOODS AND FURNISHINGS | $13,050.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| MISC. ELECTRONICS USED IN HOUSEHOLD | $12,100.00 |
|---|---|

| Debtor 1 | **Trent Dwight Ford** | | |
|---|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* | |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| BOOKS, ART, AND DVD'S | $600.00 |
|---|---|

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| TREADMILL; WEIGHTS AND WEIGHT BENCH; BICYCLES; ECHOLON STATIONARY BIKE | $3,900.00 |
|---|---|

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| DBOL HANDBAG LOUIS VUITTON SD4137 (1100.00) DBHB HANDBAG LOUIS VUITTON SD3145 (550.00) DBOL HANDBAG LOUIS VUITTON GI2149 (1100.00) DBOL HANDBAG LOUIS VUITTON SD4116 (550.00) DBOL HANDBAG LOUIS VUITTON SD4108 (850.00) DBOL HANDBAG LOUIS VUITTON AR4145 (650.00) DBOL HANDBAG LOUIS VUITTON SD4178 (850.00) DBOL HANDBAG LOUIS VUITTON SF3165 (650.00) DBOL HANDBAG LOUIS VUITTON SD0270 (650.00) DBOL HANDBAG LOUIS VUITTON SD0250 (400.00) DBOL HANDBAG LOUIS VUITTON FH3280 (400.00) DBOL HANDBAG LOUIS VUITTON SD4169 (400.00) DBOL HANDBAG LOUIS VUITTON DR0169 (550.00) DBOL HANDBAG LOUIS VUITTON FL3290 (650.00) DBOL HANDBAG GIVENCHY BLACK SHOULDER BAG (200.00) | $9,500.00 |
|---|---|

| MISC. WEARING APPAREL | $5,000.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| PENDANT DBHB JEWELRY; 1.5 CT RBC K/SI 1 (3500.00) EARRINGS DBDB JEWELRY; 3.00CTW RBC STUDS (6500.00) RING DBHB JEWELRY; 3.01 CT RBC J/VS2 IN 14KT ROSE GOLD MOUNTING (16000.00_ | $26,000.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number *(if known)* _____

■ Yes.  Describe.....

| 2 DOGS | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here .............................................................................

| $70,150.00 |
|---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☐ No
  ■ Yes.................................................................................................

|  | CASH ON HAND | $100.00 |
|---|---|---|

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes........................                Institution name:

| 17.1. | **CHECKING** | **MIDFIRST BANK 7325** | $813.79 |
|---|---|---|---|
| 17.2. | **SAVINGS** | **MIDFIRST BANK 1991** | $1.32 |
| 17.3. | **CHECKING** | **OKLAHOMA'S CREDIT UNION 6250** | $4.91 |
| 17.4. | **SAVINGS** | **OKLAHOMA'S CREDIT UNION 6240** | $5.00 |
| 17.5. | **CHECKING** | **CITIZEN'S BANK 8689** | $13.52 |

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes..................                Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ☐ No
  ■ Yes.  Give specific information about them...................
                Name of entity:                                % of ownership:

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** | | |
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| **OLIVER AND OLIVIA CHILDREN APPAREL, INC., AN OKLAHOMA CORPORATION 82-2037356 (BUSINESS IS CURRENTLY IN CHAPTER 7 BANKRUPTCY IN THE WESTERN DISTRICT OF OKLAHOMA)** | **100** | % | **Unknown** |
| **PRINTED TEES SHIRT COMPANY, AN OKLAHOMA CORPORATION (NEW BUSINESS; HAS NOT STARTED UP)  86-2263157** | **100** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**

Case number *(if known)* _____

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

| 2020 FEDERAL AND STATE INCOME TAX RETURNS HAVE NOT BEEN FILED | FEDERAL AND STATE | Unknown |
|---|---|---|

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
           benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.
               Company name:                   Beneficiary:              Surrender or refund
                                                            value:

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
  someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    for Part 4. Write that number here.................................................................................................................

| | |
|---|---|
| | **$938.54** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Debtor 1 | **Trent Dwight Ford** |
|----------|------------------------|
| Debtor 2 | **Jill Nicole Ford** |

Case number *(if known)* _____

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................   | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ..................................................................................................... | **$768,000.00** |

56. **Part 2: Total vehicles, line 5** | **$64,000.00** |

57. **Part 3: Total personal and household items, line 15** | **$70,150.00** |

58. **Part 4: Total financial assets, line 36** | **$938.54** |

59. **Part 5: Total business-related property, line 45** | **$0.00** |

60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |

61. **Part 7: Total other property not listed, line 54** + | **$0.00** |

62. **Total personal property. Add lines 56 through 61**... | **$135,088.54** |   Copy personal property total | **$135,088.54** |

63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$903,088.54** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16813 Little Leaf Lane Edmond, OK 73012  Oklahoma County LOT 460, BLK 23, ROSE CREEK BLOCKS 23-24, THE FAIRWAYS ADDN TO CITY OF OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA**<br>Line from *Schedule A/B*: **1.1** | $768,000.00 | ☑               $127,108.84<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, §§ 1(A)(1),(2); Okla. Stat. tit. 31, § 2** |
| **MISC. HOUSEHOLD GOODS AND FURNISHINGS**<br>Line from *Schedule A/B*: **6.1** | $13,050.00 | ☑               $13,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |
| **MISC. ELECTRONICS USED IN HOUSEHOLD**<br>Line from *Schedule A/B*: **7.1** | $12,100.00 | ☑               $12,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |
| **MISC. WEARING APPAREL**<br>Line from *Schedule A/B*: **11.2** | $5,000.00 | ☑               $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(7)** |

| Debtor 1 | **Trent Dwight Ford** |
|---|---|
| Debtor 2 | **Jill Nicole Ford** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **CHECKING: MIDFIRST BANK 7325**<br>Line from *Schedule A/B*: **17.1** | $813.79 | ■ $813.79<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **SAVINGS: MIDFIRST BANK 1991**<br>Line from *Schedule A/B*: **17.2** | $1.32 | ■ $1.32<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **CHECKING: OKLAHOMA'S CREDIT UNION 6250**<br>Line from *Schedule A/B*: **17.3** | $4.91 | ■ $4.91<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **SAVINGS: OKLAHOMA'S CREDIT UNION 6240**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **CHECKING: CITIZEN'S BANK 8689**<br>Line from *Schedule A/B*: **17.5** | $13.52 | ■ $13.52<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** **ALLY FINANCIAL**<br>Creditor's Name | Describe the property that secures the claim:<br>**2019 CADILLAC ESCALADE ESV 5000 miles PURCHASED FOR BUSINESS USE; CO-OWNED WITH OLIVER & OLIVIA CHILDREN APPAREL, INC.** | $93,733.00 | $64,000.00 | $29,733.00 |

**P O BOX 380981**
**BLOOMINGTON, MN**
**55438**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    TRADE DEBT

Date debt was incurred  **11-2020**          Last 4 digits of account number  **4863**

Debtor 1    **Trent Dwight Ford**

First Name          Middle Name          Last Name

Debtor 2    **Jill Nicole Ford**

First Name          Middle Name          Last Name

Case number (if known) _____

| 2.2 | **DIAMOND BANK 2, LLC** | Describe the property that secures the claim: | $27,300.00 | $26,000.00 | $1,300.00 |
|---|---|---|---|---|---|

Creditor's Name

**PENDANT DBHB JEWELRY; 1.5 CT
RBC K/SI 1 (3500.00)
EARRINGS DBDB JEWELRY;
3.00CTW RBC STUDS (6500.00)
RING DBHB JEWELRY; 3.01 CT
RBC J/VS2 IN 14KT ROSE GOLD
MOUNTING (16000.00_**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1021 E. BROADWAY
SUITE A
COLUMBIA, MO 65201**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **POSSESSORY SECURITY INTEREST** _____

Date debt was incurred    **02-2021**          Last 4 digits of account number    **1013**

| 2.3 | **DIAMOND BANK 2, LLC** | Describe the property that secures the claim: | $9,975.00 | $9,500.00 | $475.00 |
|---|---|---|---|---|---|

Creditor's Name

**DBOL HANDBAG LOUIS VUITTON
SD4137 (1100.00)
DBHB HANDBAG LOUIS VUITTON
SD3145 (550.00)
DBOL HANDBAG LOUIS VUITTON
GI2149 (1100.00)
DBOL HANDBAG LOUIS VUITTON
SD4116 (550.00)
DBOL HANDBAG LOUIS VUITTON
SD4108 (850.00)
DBOL HANDBAG LOUIS**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1021 E. BROADWAY
SUITE A
COLUMBIA, MO 65201**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **POSSESSSORY SECURITY INTEREST** _____

Date debt was incurred    **02-24-2021**          Last 4 digits of account number    **1027**

Debtor 1   **Trent Dwight Ford**
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2   **Jill Nicole Ford**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known) _____

| 2.4 | **FIRST FIDELITY BANK** | Describe the property that secures the claim: | $30,000.00 | $0.00 | $30,000.00 |
|-----|--------------------------|-----------------------------------------------|------------|-------|------------|

Creditor's Name

**2017 CADILLAC UTILITY XT5 UNKNOWN miles
BARE LEGAL TITLE-- DEBTOR 2 IS ON THE LOAN AND THE TITLE TO HER MOTHER'S VEHICLE; HER MOTHER DRIVES AND MAKES THE PAYMENTS**

**PO BOX 32282
OKLAHOMA CITY, OK
73123**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **11-2020**        **Last 4 digits of account number**   **XXXX**

| 2.5 | **MIDFIRST BANK** | Describe the property that secures the claim: | $640,891.16 | $768,000.00 | $0.00 |
|-----|--------------------|-----------------------------------------------|-------------|-------------|-------|

Creditor's Name

**16813 Little Leaf Lane Edmond, OK 73012 Oklahoma County
LOT 460, BLK 23, ROSE CREEK BLOCKS 23-24, THE FAIRWAYS ADDN TO CITY OF OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA**

**PO BOX 268879
OKLAHOMA CITY, OK
73126**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **11-2020**        **Last 4 digits of account number**   **5100**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $801,899.16 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $801,899.16 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **AFFIRM INC.** | Last 4 digits of account number    **6GF8** | **$3,738.02** |
| | Nonpriority Creditor's Name | | |
| | **30 NISABELLA STREET** | When was the debt incurred?    **4/20** | |
| | **FLOOR 4** | | |
| | **PITTSBURGH, PA 15212** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **LINE OF CREDIT**

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.2 | **ALBERT, WHITNEY** | Last 4 digits of account number _____ | $524.84 |

Nonpriority Creditor's Name
**777 E 15TH ST, # 452**
**EDMOND, OK 73013**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.3 | **ALVARADO, JOSEPH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1626 NW 8TH ST**
**OKLAHOMA CITY, OK 73106**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.4 | **AMAZON LENDING** | Last 4 digits of account number _____ | $55,147.17 |

Nonpriority Creditor's Name
**AMAZON CAPITAL**
**2201 WESTLAKE AVE.**
**SEATTLE, WA 98103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**                                      Case number (if known) _____

| 4.5 | **AMERICAN EXPRESS** | Last 4 digits of account number | **2007** | $3,839.61 |

Nonpriority Creditor's Name
**PO BOX 297879**                         When was the debt incurred?    **3/20**
**FORT LAUDERDALE, FL**
**33329-7879**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **CREDIT CARD**

| 4.6 | **APPLE CARD-GS BANK USA** | Last 4 digits of account number | **1917** | $2,985.00 |

Nonpriority Creditor's Name
**LOCKBOX 6112**                          When was the debt incurred?
**PO BOX 7247**
**PHILADELPHIA, PA 19170**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **TRADE DEBT**

| 4.7 | **ATT MOBILITY** | Last 4 digits of account number | **7021** | $1,028.90 |

Nonpriority Creditor's Name
**PO BOX 6463**                           When was the debt incurred?
**CAROL STREAM, IL 60197**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **TRADE DEBT**

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** | |
|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | |
| | | Case number (if known) |

| 4.8 | **BAKKE, SARAH** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**316 E. GREENWOOD LN**
**MUSTANG, OK 73064**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

☐ Yes

| 4.9 | **BIGGS, MOLLY** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**11100 N. 19TH ST**
**FREDERICK, OK 73542**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

☐ Yes

| 4.10 | **BLANKENSHIP, MADISON** | | Last 4 digits of account number | | $776.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1201 COVELL VILLAGE DR., #219**
**EDMOND, OK 73003**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **NOTICE ONLY/FORMER EMPLOYEE776.**

☐ Yes

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 1 | **BLUE CROSS BLUE SHIELD OKLAHOMA** | Last 4 digits of account number _____ | $10,043.58 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 650615**
**DALLAS, TX 75265-0615**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.1 2 | **BOUNDS, TERA** | Last 4 digits of account number _____ | $1,066.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**4713 SE 19TH**
**OKLAHOMA CITY, OK 73115**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.1 3 | **BURCHAM, BRODY** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5757 W. HEFNER RD, #1204**
**OKLAHOMA CITY, OK 73162**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**                                         Case number (if known)

---

| 4.1 4 | **CALDERON, JESSIE** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2701 NW 18TH ST.**
**OKLAHOMA CITY, OK 73107**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 5 | **CAPITAL ONE BANK USA** | Last 4 digits of account number | 4883 | $1,908.00 |

Nonpriority Creditor's Name
**PO BOX 31293**
**SALT LAKE CITY, UT 84131**

When was the debt incurred?  **10/18**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **CREDIT CARD**

---

| 4.1 6 | **CASTLEBERRY, STEPHANIE** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**13331 N MACARTHUR BLVD, #109**
**EDMOND, OK 73013**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number (if known)

---

| 4.1 7 | **CASTRO, SELENE** | | **Last 4 digits of account number** | | **$555.84** |

Nonpriority Creditor's Name
**1036 SW 30TH ST.**
**OKLAHOMA CITY, OK 73109**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.1 8 | **CATER, SHANNA** | | **Last 4 digits of account number** | | **$277.00** |

Nonpriority Creditor's Name
**13909 JOSHUA ST.**
**KINGSTON, OK 73439**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.1 9 | **CHRIS MARBLE** | | **Last 4 digits of account number** | | **$4,995.00** |

Nonpriority Creditor's Name
**CMM FINANCIAL**
**3535 NW 58TH STREET**
**SUITE 765**
**OKLAHOMA CITY, OK 73112**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE/ SERVICES RENDERED**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (*if known*) _____

---

| 4.2 0 | **CITICARDS CBNA** | Last 4 digits of account number | **6069** | **$753.00** |

Nonpriority Creditor's Name
**5800 S. CORPORATE PL**
**SIOUX FALLS, SD 57108**
Number Street City State Zip Code

When was the debt incurred?  **6/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

| 4.2 1 | **CITIZENS BANK** | Last 4 digits of account number | | **$175,000.00** |

Nonpriority Creditor's Name
**1 EAST FIRST STREET**
**EDMOND, OK 73034**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.2 2 | **COMENITY BANK - MAURICES** | Last 4 digits of account number | **4896** | **$0.00** |

Nonpriority Creditor's Name
**PO BOX 182789**
**COLUMBUS, OH 43218**
Number Street City State Zip Code

When was the debt incurred?  **3/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

3/17/21 11:48AM

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**

Case number (if known) _____

| 4.2 3 | **COUGHLIN, KACEY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**224 EAST BLOSSOM DR**
**MIDWEST CITY, OK 73110**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.2 4 | **COX BUSINESS** | Last 4 digits of account number **3802** | $1,076.66 |

Nonpriority Creditor's Name

**PO BOX 1259**
**OAKS, PA 19456**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

| 4.2 5 | **COX BUSINESS** | Last 4 digits of account number **1601** | $566.62 |

Nonpriority Creditor's Name
**PO BOX 1259**
**OAKS, PA 19456**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**

Case number (if known) _____

| 4.26 | **COX, MELISSA** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5006 SE 47TH ST**
**LAWTON, OK 73501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.27 | **CREDIT ONE BANK** | Last 4 digits of account number **1680** | $1,108.00 |

Nonpriority Creditor's Name
**PO BOX 98872**
**LAS VEGAS, NV 89193-8872**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **10/15**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

| 4.28 | **CRIBLEY, KARSON** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2028 3 STARS RD**
**EDMOND, OK 73034**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**                                    Case number (if known)

| 4.2 9 | **DAVIS, CHEYENNE** | Last 4 digits of account number | $597.83 |

Nonpriority Creditor's Name
**6229 NW 63RD ST., # D**
**WARR ACRES, OK 73132**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE597.83**

| 4.3 0 | **DEPT OF ED/NELNET** | Last 4 digits of account number | 6732 | $51,808.00 |

Nonpriority Creditor's Name
**PO BOX 82561**
**LINCOLN, NE 68501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  9/18

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
**STUDENT LOAN**

| 4.3 1 | **DEPT OF ED/NELNET** | Last 4 digits of account number | 6732 | $29,928.00 |

Nonpriority Creditor's Name
**PO BOX 82561**
**LINCOLN, NE 68501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
**STUDENT LOAN**

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**
_____     Case number (if known) _____

| 4.3<br>2 | **DISCOVER FINANCIAL** | **Last 4 digits of account number**  5281 | **$2,540.00** |

Nonpriority Creditor's Name
**PO BOX 15316**
**WILMINGTON, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  5/19

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

| 4.3<br>3 | **EIRWIN, HOPE** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**401 W COVELL RD, # 2026**
**EDMOND, OK 73003**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.3<br>4 | **ELAN FINANCIAL** | **Last 4 digits of account number**  3012 | **$0.00** |

Nonpriority Creditor's Name
**CB DISPUTES**
**PO BOX 108**
**SAINT LOUIS, MO 63101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  8/13

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**

Case number (if known) _____

---

| 4.3 5 | **ELLIOTT, EMILEIGH** | Last 4 digits of account number _____ | $85.00 |

Nonpriority Creditor's Name
**508 NW 51ST ST.**
**OKLAHOMA CITY, OK 73118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.3 6 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number   2261 | $705.60 |

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   12-08-20

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TRADE DEBT**

---

| 4.3 7 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number   7121 | $2,157.90 |

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   12-16-20

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TRADE DEBT**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known)

---

| 4.3 8 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number | **4104** | **$3,171.59** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

When was the debt incurred?  **12-21-20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **TRADE DEBT**

---

| 4.3 9 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number | **4426** | **$1,749.89** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

When was the debt incurred?  **12-29-20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **TRADE DEBT**

---

| 4.4 0 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number | **4102** | **$2,786.41** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

When was the debt incurred?  **01-06-21**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **TRADE DEBT**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (*if known*) _____

---

**4.4 1**

**EXPRESS SERVICES, INC.**
Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1803**              **$3,947.84**

**When was the debt incurred?**   **01-12-21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

**4.4 2**

**EXPRESS SERVICES, INC.**
Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3429**              **$3,085.95**

**When was the debt incurred?**   **01-20-21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

**4.4 3**

**EXPRESS SERVICES, INC.**
Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **7880**              **$2,299.02**

**When was the debt incurred?**   **01-26-21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**

Case number (if known) _____

---

| 4.4 4 | | | | |

**EXPRESS SERVICES, INC.**

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9646**                                    **$2,808.28**

**When was the debt incurred?**   **02-03-21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

| 4.4 5 | | | | |

**EXPRESS SERVICES, INC.**

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **8469**                                    **$2,387.57**

**When was the debt incurred?**   **02-10-2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

| 4.4 6 | | | | |

**EXPRESS SERVICES, INC.**

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4408**                                    **$1,956.64**

**When was the debt incurred?**   **02-16-21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**                                    Case number (if known) _____

| 4.4 7 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number | **8472** | **$869.12** |

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

When was the debt incurred?  **02-24-21**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.4 8 | **EXPRESS SERVICES, INC.** | Last 4 digits of account number | **5361** | **$801.56** |

Nonpriority Creditor's Name
**PO BOX 203901**
**DALLAS, TX 75320-3901**
Number Street City State Zip Code

When was the debt incurred?  **03-13-21**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.4 9 | **FIRST PREMIER BANK** | Last 4 digits of account number | **7264** | **$6.00** |

Nonpriority Creditor's Name
**3820 N. LOUISE**
**SIOUX FALLS, SD 57107**
Number Street City State Zip Code

When was the debt incurred?  **11/13**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**                                    Case number (if known)

| 4.5 0 | **FLORES, NAYSHA** | Last 4 digits of account number | $88.54 |

Nonpriority Creditor's Name
**402 W. COVELL RD, #326**
**EDMOND, OK 73003**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.5 1 | **FORD, KEAGAN** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**400 W EDMOND RD**
**EDMOND, OK 73003**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.5 2 | **FORMAN, HANNAH** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**100 N BLACKWELDER**
**EDMOND, OK 73034**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

3/17/21 11:48AM

Debtor 1    **Trent Dwight Ford**

Debtor 2    **Jill Nicole Ford**

Case number (if known) _____

---

| 4.5 3 | **FOX CAPITAL** | **Last 4 digits of account number** _____ | **$30,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1920 E. HALLANDALE BEACH BLVD.**

**HALLANDALE, FL 33009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **TRADE DEBT**

---

| 4.5 4 | **FRAZIER, CHASITY** | **Last 4 digits of account number** _____ | **$544.60** |
|---|---|---|---|

Nonpriority Creditor's Name

**9108 SUNCOUNTRY DR.**

**MIDWEST CITY, OK 73130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.5 5 | **GOODSON, TAYLOR** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**11020 SW 6TH ST**

**YUKON, OK 73099**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**

Case number (if known) _____

| 4.5 6 | **GRAPHIC SOLUTIONS** | Last 4 digits of account number  **0175** | **$678.02** |

Nonpriority Creditor's Name
**4601 SPRING VALLEY RD.**
**DALLAS, TX 75244**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TRADE DEBT**

---

| 4.5 7 | **HANEY, CRYSTAL** | Last 4 digits of account number _____ | **$949.30** |

Nonpriority Creditor's Name
**1229 MORRISON TRAIL**
**EDMOND, OK 73012**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.5 8 | **HANEY, SARAH** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**12831 STRATFORD DR,, #234**
**OKLAHOMA CITY, OK 73120**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.5 9 | **HEARTLAND PAYROLL SOLUTIONS** | | |

Nonpriority Creditor's Name

**90 LINDEN OAKS**
**SUITE 110**
**ROCHESTER, NY 14625**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$17,732.49**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE SERVICES RENDERED**

---

| 4.6 0 | **HENRY, MADISON** | | |

Nonpriority Creditor's Name

**2301 TUSCAN LANE**
**EDMOND, OK 73034**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.6 1 | **HERRING, JOHN** | | |

Nonpriority Creditor's Name

**2701 WINDSOR BLVD**
**OKLAHOMA CITY, OK 73127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

| 4.6 2 | **HMF CAPITAL GROUP** | Last 4 digits of account number _____ | $120,000.00 |

Nonpriority Creditor's Name
**MOE LENDING**
**368 NEW HEMPSTEAD STE 217**
**NEW CITY, NY 10956**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.6 3 | **HOEBING, EMILY** | Last 4 digits of account number _____ | $273.75 |

Nonpriority Creditor's Name
**1608 NW 39TH ST.**
**OKLAHOMA CITY, OK 73118**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.6 4 | **HUMPHREY, CHELSEA** | Last 4 digits of account number _____ | $450.59 |

Nonpriority Creditor's Name
**16500 MOORGATE LANE**
**EDMOND, OK 73012**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

| 4.6 5 | **JOHNSON PLASTICS** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 74576**
**CLEVELAND, OH 44194**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8339

**$11,920.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.6 6 | **JONES, SHAWNA** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**4713 SE 19TH ST.**
**DEL CITY, OK 73115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   

**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.6 7 | **KOLB, JILLIAN** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**304 N. BROADWAY**
**CRESCENT, OK 73028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   

**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**

Case number (if known) _____

---

| 4.68 | **LAWRENCE, KRISTIN** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**9211 N. COUNCIL RD, #313**
**OKLAHOMA CITY, OK 73132**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.69 | **LOPEZ, VANESSA** | Last 4 digits of account number _____ | **$906.93** |

Nonpriority Creditor's Name

**1109 E KATY DR.**
**ALTUS, OK 73521**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.70 | **MAIN STREET LOAN** | Last 4 digits of account number _____ | **$429,272.36** |

Nonpriority Creditor's Name

**CITIZENS BANK**
**1 E. 1ST STREET**
**EDMOND, OK 73034**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TRADE DEBT**

---

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number (if known) _____

| 4.7 1 | **MCKINNEY, CHEYENNE** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**6050 S. BANNER RD**
**EL RENO, OK 73036**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.7 2 | **MENASCO, GARRETT** | Last 4 digits of account number _____ | $903.36 |

Nonpriority Creditor's Name

**329895 E 940 RD**
**LUTHER, OK 73054**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.7 3 | **MIDFIRST BANK** | Last 4 digits of account number **0002** | $50,000.00 |

Nonpriority Creditor's Name

**501 NW GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

Number Street City State Zip Code

When was the debt incurred? **4/20**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **TRADE DEBT**

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

| 4.7 4 | **MIDFIRST BANK** | | | $97,300.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 26750**
**OKLAHOMA CITY, OK 73118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **TRADE DEBT/ PAYROLL PROTECTION LOAN**
**DEBTOR HAS APPLIED FOR DEBT FOREGIVENESS**

| 4.7 5 | **MIDFIRST SSB** | | | $15,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**501 NW GRAND BLVD.**
**OKLAHOMA CITY, OK 73118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **9800**

**When was the debt incurred?**  **3/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **TRADE DEBT**

| 4.7 6 | **MISSION IMPRINTABLES** | | | $8,942.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1604 CACTUS RD**
**SAN DIEGO, CA 92154**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **4929**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **TRADE DEBT**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number (if known) _____

| 4.7 7 | **MURPHY, SHERRIAH** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1600 KICKINGBIRD RD, #134**
**EDMOND, OK 73034**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **NOTICE ONLY/ FORMER EMPLOYEE**

| 4.7 8 | **MYERS LAW GROUP** | Last 4 digits of account number _____ | **$7,457.50** |

Nonpriority Creditor's Name
**4695 MACARTHUR COURT**
**SUITE 200**
**NEWPORT BEACH, CA 92660**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE/ LEGAL SERVICE RENDERED**

| 4.7 9 | **NAVIENT** | Last 4 digits of account number _____ | **$24,697.00** |

Nonpriority Creditor's Name
**PO BOX 9655**
**WILKES BARRE, PA 18773**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**STUDENT LOAN**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number (if known) _____

---

| 4.8 0 | | | |
|---|---|---|---|

**NEEL, KYLIE**
Nonpriority Creditor's Name

**4 S. KELLY AVE**
**EDMOND, OK 73003**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.8 1 | | | |
|---|---|---|---|

**NGUYEN, DAVID**
Nonpriority Creditor's Name

**13608 NANCY ANN DR.**
**PIEDMONT, OK 73078**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$418.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.8 2 | | | |
|---|---|---|---|

**NORDSTROM BANK**
Nonpriority Creditor's Name

**13531 E. CALEY AVE**
**ENGLEWOOD, CO 80111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1553**          **$500.00**

**When was the debt incurred?** **12/15**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Trent Dwight Ford**

Debtor 2 **Jill Nicole Ford**

Case number (*if known*) _____

---

| 4.8 3 | **OCEAN DEVELOPMENT** | **Last 4 digits of account number** | **B9;B15** | **$22,457.00** |

Nonpriority Creditor's Name

**THE ALLEY AT PORT 164**
**3825 NW 166TH STREET**
**EDMOND, OK 73012**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **TRADE DEBT; LEASE ARREARS**

---

| 4.8 4 | **OG & E** | **Last 4 digits of account number** | **2597** | **$304.23** |

Nonpriority Creditor's Name

**3220 S. HIGH AVE.**
**M 223**
**OKLAHOMA CITY, OK 73129**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **TRADE DEBT**

---

| 4.8 5 | **OG & E** | **Last 4 digits of account number** | **0885** | **$480.70** |

Nonpriority Creditor's Name

**3220 S. HIGH AVE.**
**M 322**
**OKLAHOMA CITY, OK 73129**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **TRADE DEBT**

---

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number (if known) _____

| 4.8 6 | **OG & E** | Last 4 digits of account number **5080** | **$216.43** |

Nonpriority Creditor's Name
**3220 S. HIGH AVE**
**M 322**
**OKLAHOMA CITY, OK 73129**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE DEBT**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8 7 | **OG & E** | Last 4 digits of account number **5072** | **$90.41** |

Nonpriority Creditor's Name
**3220 S. HIGH AVE**
**OKLAHOMA CITY, OK 73129**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE DEBT**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8 8 | **OG & E** | Last 4 digits of account number **3360** | **$276.89** |

Nonpriority Creditor's Name
**3220 S. HIGH**
**M 322**
**OKLAHOMA CITY, OK 73129**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE DEBT**

**Is the claim subject to offset?**

■ No
☐ Yes

---

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number *(if known)* _____

---

| 4.8 9 | **OG & E** | Last 4 digits of account number **1324** | **$338.47** |

Nonpriority Creditor's Name
**3220 S. HIGH AVE**
**OKLAHOMA CITY, OK 73129**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE DEBT**

---

| 4.9 0 | **OKLAHOMA DEPARTMENT OF LABOR** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**3017 N. STILES AVE. STE. 100**
**OKLAHOMA CITY, OK 73105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **NOTICE ONLY; NO AMOUNT OWED**

---

| 4.9 1 | **OKLAHOMA NATURAL GAS** | Last 4 digits of account number **3591** | **$1,060.07** |

Nonpriority Creditor's Name
**401 N HARVEY**
**OKLAHOMA CITY, OK 73102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE DEBT**

---

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**

Case number (*if known*) _____

| 4.9 2 | **OKLAHOMA'S CREDIT UNION** | **Last 4 digits of account number** | **0391** | **$1,920.00** |

Nonpriority Creditor's Name
**PO BOX 24027**
**OKLAHOMA CITY, OK 73124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE LINE OF CREDIT**

---

| 4.9 3 | **OKLAHOMAS CREDIT UNION** | **Last 4 digits of account number** | **0003** | **$2,394.00** |

Nonpriority Creditor's Name
**PO BOX 24027**
**OKLAHOMA CITY, OK 73124-0027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **1/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

---

| 4.9 4 | **PACHECO, KORI** | **Last 4 digits of account number** | | **$50.00** |

Nonpriority Creditor's Name
**1135 1/2 NW 96TH ST.**
**OKLAHOMA CITY, OK 73114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/FORMER EMPLOYEE**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.9 5 | **PAIGE, HUNTER** | | | | $295.20 |

Nonpriority Creditor's Name

**409 E BLACKWELL AVE**
**BLACKWELL, OK 74631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.9 6 | **PARHAM, RAELYNN** | | | | $0.00 |

Nonpriority Creditor's Name

**OKLAHOMA CITY, OK 73120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.9 7 | **PAYPAL WORKING CAPITAL** | | | | $1,952.07 |

Nonpriority Creditor's Name

**ATTN: EXECUTIVE ESCALATION**
**PO BOX 45950**
**OMAHA, NE 68145-0950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**

Debtor 2 **Jill Nicole Ford**

Case number (*if known*) _____

---

| 4.9 8 | | | |
|---|---|---|---|

**POOLE, DENNA**

Nonpriority Creditor's Name

**2217 ASHLEY DR.**
**OKLAHOMA CITY, OK 73118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.9 9 | | | |
|---|---|---|---|

**RAMIREZ, MAYRA**

Nonpriority Creditor's Name

**201 SE 89TH ST, #1313**
**OKLAHOMA CITY, OK 73149**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$725.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 00 | | | |
|---|---|---|---|

**REAL, ASHLYN**

Nonpriority Creditor's Name

**1001 N. DOUGLAS**
**GUTHRIE, OK 73044**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$517.24**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 01 | | | |
|---|---|---|---|

**REVENUE BASED FINANCING**
Nonpriority Creditor's Name

**257 E. 200 SOUTH**
**STE 330**
**SALT LAKE CITY, UT 84111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____  **$23,271.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE DEBT**

---

| 4.1 02 | | | |
|---|---|---|---|

**RIOS, ELIZABETH**
Nonpriority Creditor's Name

**3109 RANKIN TERR**
**EDMOND, OK 73013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.1 03 | | | |
|---|---|---|---|

**ROBERTS, ANGELA**
Nonpriority Creditor's Name

**1930 HERITAGE PARK DR., #129**
**OKLAHOMA CITY, OK 73120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**                                              Case number (if known) _____

---

| 4.1 04 | **RUTHERFORD, ANA** | | |

Nonpriority Creditor's Name

**5904 NW 50TH**
**OKLAHOMA CITY, OK 73109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 05 | **RYLAND, JOHN** | | |

Nonpriority Creditor's Name

**11710 CIMARRON RD**
**CRESCENT, OK 73028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                **$96.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/FORMER EMPLOYEE**

---

| 4.1 06 | **S & S ACTIVE WEAR** | | |

Nonpriority Creditor's Name

**220 REMINGTON BLVD**
**BOLINGBROOK, IL 60440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   7151                **$79,466.32**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

Debtor 1  **Trent Dwight Ford**

Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 07 | **SANFORD, SKI** | Last 4 digits of account number _____ | **$554.04** |
|---|---|---|---|

Nonpriority Creditor's Name

**1600 CHELSEA DR**
**EDMOND, OK 73013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 08 | **SAUNDERS, PAIGE** | Last 4 digits of account number _____ | **$651.82** |
|---|---|---|---|

Nonpriority Creditor's Name

**220 E. 14TH ST.**
**EDMOND, OK 73034**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 09 | **SCHOLL, AMBER** | Last 4 digits of account number _____ | **$712.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1116 SWAN LAKE RD**
**EDMOND, OK 73003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

**4.1 10**

**SCHOLL, ERICKA**

Nonpriority Creditor's Name

**2008 LAZY BROOK TRAIL**
**EDMOND, OK 73013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

**4.1 11**

**SHOPIFY LOAN**

Nonpriority Creditor's Name

**150 ELGIN STREET**
**8TH FLOOR**
**OTTAWA, ONTARIO, CAN K2P 1L4**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       **$4,368.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TRADE DEBT**

---

**4.1 12**

**SMALL BUSINESS ADMINISTRATION**

Nonpriority Creditor's Name

**ECONONMIC INJURY DISASTER RELIEF**
**14925 KINGSPORT ROAD**
**FORT WORTH, TX 76185**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS LOAN**

---

Debtor 1    **Trent Dwight Ford**
Debtor 2    **Jill Nicole Ford**                                    Case number (if known) _____

| 4.1 13 | **SMITH, ANGELA** | **Last 4 digits of account number** _____ | **$1,615.60** |
|---|---|---|---|

Nonpriority Creditor's Name
**329895 E 940 RD**
**LUTHER, OK 73054**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 14 | **SNOW, DILLON** | **Last 4 digits of account number** _____ | **$505.04** |
|---|---|---|---|

Nonpriority Creditor's Name
**14300 N. PENN**
**OKLAHOMA CITY, OK 73134**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 15 | **SNYDER, TRACY** | **Last 4 digits of account number** _____ | **$473.60** |
|---|---|---|---|

Nonpriority Creditor's Name
**4713 SE 19TH ST.**
**DEL CITY, OK 73115**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY/ FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 16 | **SPIVEY, GABRIELLA** | | |
|---|---|---|---|

| | | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**11708 NW 135TH ST**
**PIEDMONT, OK 73078**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 17 | **SYNCB/ AT HOME DC** | | |
|---|---|---|---|

| | | Last 4 digits of account number   **0516** | **$646.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 965013**
**ORLANDO, FL 32896**

When was the debt incurred?   **2/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **TRADE DEBT**

---

| 4.1 18 | **SYNCB/EBAY** | | |
|---|---|---|---|

| | | Last 4 digits of account number   **0044** | **$7,422.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 965013**
**ORLANDO, FL 32896**

When was the debt incurred?   **6/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **CREDIT CARD**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**
_____

Case number (if known) _____

| 4.1 19 | **SYNCB/GAP** | Last 4 digits of account number | **0403** | **$0.00** |

Nonpriority Creditor's Name
**PO BOX 965005**
**ORLANDO, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **6/19**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

| 4.1 20 | **SYNCB/PAYPAL CREDIT CARD** | Last 4 digits of account number | **0956** | **$7,786.00** |

Nonpriority Creditor's Name
**PO BOX 965005**
**ORLANDO, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **12/19**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE LINE OF CREDIT**

---

| 4.1 21 | **SYNCB/PPC PAYPAL CREDIT** | Last 4 digits of account number | **0081** | **$3,954.00** |

Nonpriority Creditor's Name
**PO BOX 965005**
**ORLANDO, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **6/19**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE LINE OF CREDIT**

---

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

| 4.1 22 | **SYNCHRONY/SAMS** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 965005**
**ORLANDO, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1664**    **$1,643.00**

**When was the debt incurred?**  **2/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **TRADE CREDIT CARD**

---

| 4.1 23 | **TARGET/TD BANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**NCD-0450**
**PO BOX 1470**
**MINNEAPOLIS, MN 55440**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **4370**    **$705.00**

**When was the debt incurred?**  **6/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

| 4.1 24 | **TATE, SHARIECE** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**9501 1-35 SERVICE RD, #803**
**MOORE, OK 73160**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$776.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1 **Trent Dwight Ford**

Debtor 2 **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 25 | **TAWATER, AVERY** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2611 EDGEWOOD DR**
**EDMOND, OK 73013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 26 | **TBOM FORTIVA** | Last 4 digits of account number  **0723** | $1,801.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 105555**
**ATLANTA, GA 30348**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **11/20**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **LINE OF CREDIT**

---

| 4.1 27 | **TBOM FORTIVA** | Last 4 digits of account number  **0722** | $3,172.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 105555**
**ATLANTA, GA 30348**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **12/20**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **LINE OF CREDIT**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 28 | **TELUKEVICH, SOPHIA** | Last 4 digits of account number _____ | **$40.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2209 YORKSHIRE DR**
**EDMOND, OK 73013**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 29 | **TFS SPORTSWEAR** | Last 4 digits of account number  **3553** | **$20,670.07** |
|---|---|---|---|

Nonpriority Creditor's Name
**1991 N. POWERLINE RD**
**POMPANO BEACH, FL 33069**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **TRADE DEBT**

---

| 4.1 30 | **US DEPT. OF EDUCATION** | Last 4 digits of account number _____ | **$8,086.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 5609**
**GREENVILLE, TX 75403**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**STUDENT LOAN**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 31 | | | |
|---|---|---|---|

**VALDIVIA, RAVEN**
Nonpriority Creditor's Name
**4000 WHISPER CREEK DR.**
**EDMOND, OK 73034**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**$0.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 32 | | | |
|---|---|---|---|

**VARNELL, DILLAN**
Nonpriority Creditor's Name
**PO BOX 278**
**ARCADIA, OK 73007**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**$574.04**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 33 | | | |
|---|---|---|---|

**VAUGHN, LEAH**
Nonpriority Creditor's Name
**1441 NW 31ST ST.**
**OKLAHOMA CITY, OK 73118**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**$790.61**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 34 | **VAUGHT, ARION** | | **Last 4 digits of account number** _____ | **$588.80** |

Nonpriority Creditor's Name
**5757 W. HEFNER RD**
**OKLAHOMA CITY, OK 73162**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 35 | **VOEGELE, TAYLOR** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**716 ASHWOOD LN**
**MOORE, OK 73160**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 36 | **VON MAUR** | | **Last 4 digits of account number** 2092 | **$329.00** |

Nonpriority Creditor's Name
**6565 BRADY ST.**
**DAVENPORT, IA 52806**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**                                    Case number (if known) _____

---

| 4.1 37 | **WARD, KERIDAN** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**18820 ROLLING HILL WAY**
**EDMOND, OK 73012**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 38 | **WARD, MIKE** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**18801 NORTH INDIAN MERIDIAN**
**LUTHER, OK 73054**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 39 | **WAYFAIR MASTERCARD** | **Last 4 digits of account number** **0057** | **$5,000.00** |

Nonpriority Creditor's Name
**PO BOX 6497**
**SIOUX FALLS, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?** **10/20**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **TRADE DEBT**

---

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**                                             Case number (if known) _____

| | | |
|---|---|---|
| 4.1 40 | **WEBB, BRYONNA** | |

Nonpriority Creditor's Name

**5612 DUNLIN RD**
**OKLAHOMA CITY, OK 73179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| | | |
|---|---|---|
| 4.1 41 | **WF PREFERRED ACCOUNT** | |

Nonpriority Creditor's Name

**PO BOX 14517**
**DES MOINES, IA 50306**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2638**    **$1,387.00**

**When was the debt incurred?**   **11/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **LINE OF CREDT**

---

| | | |
|---|---|---|
| 4.1 42 | **WILSON, ANGELA** | |

Nonpriority Creditor's Name

**8225 NW 112TH TERRACE**
**OKLAHOMA CITY, OK 73162**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (if known) _____

---

| 4.1 43 | **WILSON, DARRIN** | | **$529.20** |

Nonpriority Creditor's Name

**2700 SHADY TREE LN**
**EDMOND, OK 73013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 44 | **WITHERS, MEGAN** | | **$416.97** |

Nonpriority Creditor's Name

**5434 #D N. HARVEY AVE**
**OKLAHOMA CITY, OK 73118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

| 4.1 45 | **WYANT, BRIANA** | | **$0.00** |

Nonpriority Creditor's Name

**610 W. COLLEGE AVE**
**BLACKWELL, OK 74631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

3/17/21 11:48AM

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**

Case number (if known) _____

| 4.1 46 | **WYANT, HALEY** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**400 W EDMOND RD, #130**
**EDMOND, OK 73003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY/ FORMER EMPLOYEE**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CHERYL HUSMANN** | Line **4.83** of (Check one): |
| **PO BOX 7751** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **EDMOND, OK 73083** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **JOE LIEBERMAN** | Line **4.53** of (Check one): |
| **LIEBERMAN AND KLESTZICK LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **71 S. CENTRAL AVE. 2ND FLOOR** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **VALLEY STREAM, NY 11580** | |
| | Last 4 digits of account number |

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 114,519.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,443,707.92 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,558,226.92 |

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 50 of 50

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **BEACON FUJNDING CORPORATION**<br>**3400 DUNDEE RD, # 180**<br>**NORTHBROOK, IL 60062** | **ACCOUNT BFC15515-01; 2019 POLYPRINT TEXJET ECHO2 DIRECT TO GARMENT PRINTER; MISC. ASSORTED COLOR IN CARTRIDGES, 1L DARK STANDARD PRETREATMENT; 2L CLEANING SOLUTION, 500 PIECE PROTECTION PAPER; SLEEVE AND ONESIE PLATEN 6X12 IN.; 11X12.5 YOUTH AND TODDLER PLATEN; 2019 STAHLS HOTRONIX FUSION HEAT PRESS; 2019 ZIPPY DTG PRETREAT DELUXE; RYOFILTER SCREEN FILTRATION SYSTEM W/PUMP; LIGHT TABLE 25X36 YELLOW INSPECTION BOX; SCREEN AND INK PRESS CARD; POLYPRINT LIGHT AND POLUESTER PRETREATMENT. 24 PAYMENT OF $1,113.67 BEGINNING 7/1/19; EXPIRES 7/01/21.** |
| 2.2 | **BEACON FUNDING CORPORATION**<br>**3400 DUNDEE ROAD, SUITE 180**<br>**NORTHBROOK, IL 60062** | **ACCOUT BFC15515-02; 2019 POLYPRINT TEXJET DTG PRINTER 13 X 20 PLATEN ASSORTED INKS, PRETREATMENT (HEAT PRESS), CLEANING SOLUTION, RIP-CADLINK DIGITAL FACTORY POLYPRINT EDITION, INK SET FOR POLYPRINT TEXJET ECHO 2; CYAN, MAGENTA, YELLLOW, BLACK, WHITE POLYPRINT INK CARTRIDGES 140MI; POLYPRINT DARK STANDARD PRETREATMENT, POLYPRINT PROJECTOR PAPER. 24 PAYMENTS OF $793.56 BEGINNING 9/1/19 EXPIRES 9/1/21.** |
| 2.3 | **BEACON FUNDING CORPORATION**<br>**3400 DUNDEE RD., #180**<br>**NORTHBROOK, IL 60062** | **ACCOUNT BFC 15515-03; 2 EMBROIDERY MACHINES; 1 HEAD 12 NEEDLE; SPRINT ZSK EMBROIDERY MACHINE; EXPIRES 12/2024.** |
| 2.4 | **BROTHER INTERNATIONAL CORP.**<br>**200 CROSSING BLVD.**<br>**BRIDGEWATER, NJ 08807** | **ACCOUNT GTX4-120; 36 MONTHS AT $879.94/MO. BEGINNING 9/16/19. GTX422 MACHINE; SCHULZE PRETREAT MACHINE; MAXX2G HEAT PRESS.** |

| Debtor 1 | **Trent Dwight Ford** | |
|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | |
| | | Case number *(if known)* |

<table>
<tr><td colspan="2">■ **Additional Page if You Have More Contracts or Leases**</td></tr>
<tr><td>**Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code</td><td>**State what the contract or lease is for**</td></tr>
<tr><td>2.5 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-001; 36 MONTHS AT $460.80/MO. BEGINNING 5/27/20; DELL ORDER #635905069; 2 NVIDIA(R) GEFORCE(R) GTX 166OTI 6GB GDDRD COMPUTER, ACCESSORIES AND SOFTWARE.</td></tr>
<tr><td>2.6 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-002; 36 MONTHS AT $92.95/MO. BEGINNING 11/9/2020. DELL ORDER #735121419; DELL 24 MONITOR - P2419H AND HARDWARE WARRANTY.</td></tr>
<tr><td>2.7 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-003; 36 MONTHS AT $31.63/MO. BEGINNING 9/30/20. DELL ORDER #763078499; VOSTRO NOTEBOOK 3500.</td></tr>
<tr><td>2.8 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-004; 36 MONTHS AT $103.84/MO. BEGINNING 12/14/20. DELL ORDER #782768260. VOSTRO NOTEBOOK 5502.</td></tr>
<tr><td>2.9 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-005; 36 MONTHS AT $99.95/MO. BEGINNING 12/24/20; DELL ORDER #795084085, 5 WACOM INTUOS PRO MEDIUM DIGITIZER - USB - BLUETOOTH; COLOR DELUXE LASER PRINTER.</td></tr>
<tr><td>2.10 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-006; 36 MONTHS AT $70.25/MO. BEGINNING 12/30/20. DELL ORDER #799133763. DELL 24 MONITOR; 2 VOSTRO NOTEBOOK 5502 AND ACCESSORIES.</td></tr>
<tr><td>2.11 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-007. 36 MONTHS AT $264.67/MO. BEGINNING 1/14/21. DELL ORDER #810238708. XPS 8940; MCAFEE SECURITY SUBSCRIPTION. ADDITIONAL SOFTWARE.</td></tr>
<tr><td>2.12 **DELL FINANCIAL SERVICES LLC**<br>**ONE DELL WAY**<br>**ROUND ROCK, TX 78682**</td><td>LEASE NO. 003-9035251-008. 36 MONTHS AT $129.05/MO. BEGINNING 1/15/21. DELL ORDER #810790856. 4 VOSTRO NOTEBOOK 5502.</td></tr>
<tr><td>2.13 **GENEVA CAPITAL LLC**<br>**1311 BROADWAY STREET**<br>**ALEXANDRIA, MN 56308**</td><td>ACCOUNT 67391 S5; EQUIPMENT LEASE FOR OK-10 66" CONVEYER PRACTIX ROTARY HEAT TRAN; EXPIRES 11-25-2023</td></tr>
<tr><td>2.14 **GENEVA CAPITAL LLC**<br>**1311 BROADWAY STREET**<br>**ALEXANDRIA, MN 56308**</td><td>ACCOUNT 67931 S4; EQUIPMENT LEASE FOR EPSON F9370PS SURE COLOR 64"DYE SUB PRINTER. BEGAN 7/25/20; 37 PAYMENTS; EXPIRES 08-25-23</td></tr>
<tr><td>2.15 **GENEVA CAPITAL LLC**<br>**1311 BROADWAY STREET**<br>**ALEXANDRIA, MN 56308**</td><td>ACCOUNT 67391S3; 1 HEAD 12 NEEDLE; 4-SPRINT ZSK EMBROIDERY MACHINE, ZSK SPRINT STAND; 2300 WATTS CAP. STEP UP TRANS; STARTER KIT BACKING BOBBINS; STARTER KIT THREAD 16 COLORISACORD. BEGAN 1/20/20; 61 PAYMENTS OF $688.00 TERM ENDS 04-20-25</td></tr>
</table>

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.16 **GENEVA CAPITAL LLC**<br>**1311 BROADWAY STREET**<br>**ALEXANDRIA, MN 56308** | ACCOUNT 67391S2;  EQUIPMENT LEASE FOR MRPK-950 FOLDING MACHINE AMSCOMATIC; MRPAB-9000 AUTOMATIC BAGGER; AMSIC-120 AMSCOMATIC INCLINE CONVEYOR 14"; BEGAN 04-01-20; 60 PAYMENTS OF $1,794.00; EXPIRES 06-01-25 |
| 2.17 **GENEVA CAPITAL LLC**<br>**1311 BROADWAY STREET**<br>**ALEXANDRIA, MN 56308** | ACCOUNT 67391S; EQUIPMENT LEASE FOR DIAMOND BACK E10 STATION 8 COLOR; AIR SUPPLY/ELEC POWER; FUSION DRYER 1 PHASE;  1' CONVEYOR EXTENSION FOR 36" FUSION; RED CHILI D 20" X 24" 3PH QUARTZ FLASH; EXT. COMMUN CABLE FOR FLASH UNIT; 23" X 31" PRINT FRAME O.D. M&R TRI-LOC REG SYSTEM; 31" X 40" METAL HALIDE; LED DIMMABLE TOUCH BUTTON LIGHT TABLE; USED 7.5HP SCREW DRIVE COMPRESSOR SINGLE PHASE; BEGAN 1/10/20; 60 PAYMENTS OF $1,738.00;  EXPIRES 03-10-25 |
| 2.18 **GENEVA CAPITAL LLC**<br>**1311 BROADWAY STREET**<br>**ALEXANDRIA, MN 56308** | ACCOUNT 67391; EQUIPMENT LEASE 54" ROLAND VG2; 540 TREVIS 8 COLOR PRINTER; 1 HEAD 12 NEEDLE SPRINT ZSK EMBROIDERY MACHINE ZSK SPRINT STAND; 2300 WATTS MAXIMUM; STARTER KIT BACKING BOBBINS NEEDLES; STARTER KIT THREAD 16 COLORS ISACORD; EMB STUDIO EDITING; BEGAN 11/20/19;  EXPIRES 02-20-25 |
| 2.19 **LEASE CORPORATION OF AMERICA (LCA)**<br>**3150 LIVERNOIS RED., #300**<br>**TROY, MI 48083** | ACCOUNT 149896-001; 60 MONTHS AT $194.28/MO.BEGINNING 6/4/20 EXPIRES 6/2025.  30 AH84QCJ8AA1AN BC300D 403-470MHZ 4W ANALOG/DIGITAL BASIC MODEL: 16-CHANNEL MAG ONE BATTERY LI-ION 1500 MAH (PMN4075_R)/MAG ONE RAPID CHARGER KIT (INCLUDES PMLN5041_R BASE/ EPNN9288_R POWER SUPPLY WITH AC CORD - PMLN5048_R; MAG ONE ANTENNA VHF PMAD4051_R/ UHF PMAE 4020_R / MAG ONE SPRING BELT CLIP PMLN 4743; OPERATING INSTRUCTION MANUALS; FCC LICENSE: 5 SIMPLEX UHF DIGITAL FREQUENCIES 10-YEAR. |
| 2.20 **MERCEDES BENZ FINANCIAL SERVICES**<br>**PO BOX 961**<br>**ROANOKE, TX 76262** | ACCOUNT NUMBER 500172920; VECHICLE LEASE OF A 2020 MERCEDES BENZ S450 SEDAN; LEASE BEGAN 11-05-2020 |
| 2.21 **NAVITAS CREDIT CORP**<br>**PO BOX 935204**<br>**ATLANTA, GA 31193-5204** | ACCOUT 40606114; SUBLIMATION PRINTER AND GEO KNIGHT HEAT PRESS. |
| 2.22 **NORTH STAR LEASING COMPANY**<br>**PO BOX 4505**<br>**BURLINGTON, VT 05406-4505** | ACCOUNT 62843 BEGINNING 12/2020; 48 PAYMENTS OF $1,059.00/MO.; 2 ZSKSPRINT - 6, 1 HEAD, 12 NEEDLE SPRINT ZSK EMBROIDERY MACHINES; 2 ZSKSPRINT - STANDS; 2 INSTALL - EMBROIDERY INSTALLATON CHARGES; ALL OTHER ITEMS ACCESSORIES ON SALES CONTRACT DATED 12/17/2020. |

| Debtor 1 | **Trent Dwight Ford** |
| Debtor 2 | **Jill Nicole Ford** |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|
| 2.23 **OCEAN DEVELOPMENT**<br>**THE ALLEY AT PORT 164**<br>**3825 NW 166TH STREET**<br>**EDMOND, OK 73012** | **GUARANTOR ON COMMERCIAL LEASE OF THREE UNITS; DEBTORS WISH TO REJECT THE EXECUTORY CONTRACT.** |
| 2.24 **TIME PAYMENT**<br>**1600 DISTRICT AVE., #200**<br>**BURLINGTON, MA 01803** | **ACCOUNT 44506988; PAYMENT OF $849.87 FOR 21 MONTHS BEGINNING 1/18/19.  ENTREPRENEUR PLUS PACKAGE TO INCLUDE: 1 RILEY 300 6X4 PRESS, PRMA-RH3, RYONET; RILEY CURE 24 X 8 CONVEYOR 6500, CDIF-RC08-6500 RYONET; RILEY HOPKINS 120V FLASH DRYER W/STAND AND CASTERS, FDIF-RY18 18SD, RYONET; X-VACTOR EXPOSURE UNIT WITH DIGITAL TIMER, EUPXVACTORSM-D, RYONET; RYONET 48" WASH PIT BACKLIT WASHOUT SINK, DREQ-RYOWASH, RYONET; RILEY HALF RACK 10 SCREEN RACK, PRAC-HAL FRKCRT, RYONET; HALF STACK SCREEN RACK TOP FOR 23-24" WIDE SCREENS PRAC-HAL FRKTOP, RYONET; 13" PRINTER FOEQ-P40 O EPSON; 4 ALUMINUM OD 110 WHITE MESH 80 MICRON THREAD SCREEN SCAL-20X24 110 RYONET; 6 ALUMINUM 20 x 24"OD WHITE SCREEN, SCAL-20X24 156 RYONET; 4 ALUMINUM OD 230 YELLOW MESH 48 MICRON THREAD SCREEN, SCAL-20X24 230, RYONET; 7 DUROMETER SQUEEGEE, CUSTOM, RYONET; EXPERT SPOT GUN, GNEQ-SG 3000 RYONET.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **CHERYL KLIEWER** **10105 THOMPKINS LANE** **OKLAHOMA CITY, OK 73162** | ■ Schedule D, line __2.4__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **FIRST FIDELITY BANK** |
| 3.2 **OLIVER & OLIVIA CHILDREN APPAREL INC** **16813 LITTLE LEAF LANE** **EDMOND, OK 73012-0677** | ■ Schedule D, line __2.1__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **ALLY FINANCIAL** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| Debtor 2 (Spouse, if filing) | **Jill Nicole Ford** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | SELF EMPLOYED | SELF EMPLOYED |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| Debtor 1 | **Trent Dwight Ford** |
|---|---|
| Debtor 2 | **Jill Nicole Ford** |

Case number (*if known*) _____

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 2,000.00 | $ 2,000.00 |
| | 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | | $ 3,635.66 | $ 0.00 |
| | 8e. **Social Security** | 8e. | | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 5,635.66 | $ 2,000.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 5,635.66 + $ 2,000.00 | = $ 7,635.66 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.  $ 7,635.66

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: | **UNEMPLOYMENT COMPENSATION FOR DEBTORS OF $839.00/WEEK ENDS IN APPROXIMATELY 8 WEEKS** |

Fill in this information to identify your case:

Debtor 1 **Trent Dwight Ford**

Debtor 2 **Jill Nicole Ford**
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                               12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and    ■ Yes.    Fill out this information for
   Debtor 2.                                each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **DAUGHTER** | 2 | ☐ No  ■ Yes |
| **SON** | 3 | ☐ No  ■ Yes |
| **DAUGHTER** | 6 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 3,981.40

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $ 0.00
   4b.   Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c.   Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d.   Homeowner's association or condominium dues    4d. $ 200.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**
                                                                    Case number (if known) _____

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 500.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 2,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify:   **JEWELRY** | 17c. $ | 1,300.00 |
| | 17d. | Other. Specify:   **PURSES** | 17d. $ | 475.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 10,856.40 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 10,856.40 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 7,635.66 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 10,856.40 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | | 23c. $ | -3,220.74 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.       Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Trent Dwight Ford** | X **/s/ Jill Nicole Ford** |
|---|---|
| **Trent Dwight Ford** | **Jill Nicole Ford** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 17, 2021** | Date **March 17, 2021** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Trent Dwight Ford** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jill Nicole Ford** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4232 NW 144TH STREET OKLAHOMA CITY, OK 73134** | From-To: **03-2020 TO 11-2020** | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 From-To: |
| **1208 CHAINBRIDGE COURT EDMOND, OK 73034** | From-To: **09-2019 TO 03-2020** | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 From-To: |
| **21975 WHITE PINE CIRCLE EDMOND, OK 73012** | From-To: **09-2017 TO 09-2019** | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** |
|----------|----------------------|
| Debtor 2 | **Jill Nicole Ford** |

Case number (*if known*) _____

| **Part 2** | **Explain the Sources of Your Income** |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $5,000.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $11,730.75 |
| | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $25,000.04 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $29,776.00 |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** |
|---|---|
| Debtor 2 | **Jill Nicole Ford** |

Case number (*if known*) _____

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **MIDFIRST BANK**<br>**PO BOX 268879**<br>**OKLAHOMA CITY, OK 73126** | **LAST 90 DAYS** | **$11,944.20** | **$640,891.16** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **MIDFIRST SSB**<br>**501 NW GRAND BLVD.**<br>**OKLAHOMA CITY, OK 73118** | **01-24-21** | **$10,000.00** | **$15,000.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Debtor 1 | **Trent Dwight Ford** | | |
|----------|-----------------------|---|---|
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | **Trent Dwight Ford** |
|---|---|
| Debtor 2 | **Jill Nicole Ford** |

Case number *(if known)* _____

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **JERRY D. BROWN, P.C.**<br>**5500 N. WESTERN AVE.**<br>**SUITE 150**<br>**OKLAHOMA CITY, OK 73118** | **ATTORNEY FEE $3,500.00**<br>**FILING FEES $338.00** | **MONTH OF FILING** | **$3,838.00** |
| **DECAF**<br>**112 GOLIAD ST.**<br>**BENBROOK, TX 76126** | **CREDIT COUNSELING** | **MONTH OF FILING** | **$15.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **UNKNOWN FACE TO FACE PURCHASERS**<br><br>**BONA FIDE TRANSFEREES** | **WHEN THE DEBTORS MOVED IN NOVEMBER 2020, THEY SOLD A NUMBER OF HOUSEHOLD ITEMS ON FACEBOOK MARKETPLACE, INLCUDING A DINING ROOM TABLE, BREAKFAST TABLE, SOFA, VANITY, END TABLES, COFFEE TABLE, BARSTOOLS, QUEEN SIZE BED, AND MICROWAVE.** | **$1485.00** | **NOVEMBER 2020** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

3/17/21 11:48AM

| Debtor 1 | **Trent Dwight Ford** |
|---|---|
| Debtor 2 | **Jill Nicole Ford** |

Case number *(if known)*

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **MIDFIRST BANK**<br>**16401 N. MAY AVENUE**<br>**EDMOND, OK 73013** | **Trent Dwight Ford**<br>**16813 Little Leaf Lane**<br>**Edmond, OK 73012**<br><br>**Jill Nicole Ford**<br>**16813 Little Leaf Lane**<br>**Edmond, OK 73012** | **NONE; NO CONTENTS** | ☐ No<br>☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

| Debtor 1 | **Trent Dwight Ford** | |
|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* |

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **OLIVER AND OLIVIA CHILDREN APPAREL, INC.**<br>**3825 NW 166TH ST**<br>**#B15**<br>**EDMOND, OK 73012** | **CLOTHING; APPAREL**<br><br>**CMM FINANCIAL**<br>**3535 NW 58TH ST. #765**<br>**OKLAHOMA CITY, OK 73112** | EIN:    82-2037356<br><br>From-To   01-2015 TO 03-01-2021 |
| **PRINTED TEES SHIRT COMPANY**<br>**16813 LITTLE LEAF LANE**<br>**EDMOND, OK 73012** | **WEARING APPAREL**<br><br>**N/A** | EIN:    86-2263157<br><br>From-To   02-25-2021 |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Debtor 1 | **Trent Dwight Ford** |
|---|---|
| Debtor 2 | **Jill Nicole Ford** |

Case number (*if known*) _____

| **Part 12:** | **Sign Below** |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ Trent Dwight Ford** | **/s/ Jill Nicole Ford** |
|---|---|
| **Trent Dwight Ford** | **Jill Nicole Ford** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    **March 17, 2021** | Date    **March 17, 2021** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **ALLY FINANCIAL**<br><br>Description of property securing debt: **2019 CADILLAC ESCALADE ESV 5000 miles PURCHASED FOR BUSINESS USE; CO-OWNED WITH OLIVER & OLIVIA CHILDREN APPAREL, INC.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **DIAMOND BANK 2, LLC**<br><br>Description of property securing debt: **PENDANT DBHB JEWELRY; 1.5 CT RBC K/SI 1 (3500.00) EARRINGS DBDB JEWELRY; 3.00CTW RBC STUDS (6500.00) RING DBHB JEWELRY; 3.01 CT RBC J/VS2 IN 14KT ROSE GOLD MOUNTING (16000.00_** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

| Debtor 1 | **Trent Dwight Ford** | |
|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* |

| Creditor's name: | **DIAMOND BANK 2, LLC** | ☐ Surrender the property. | ■ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **DBOL HANDBAG LOUIS VUITTON SD4137 (1100.00) DBHB HANDBAG LOUIS VUITTON SD3145 (550.00) DBOL HANDBAG LOUIS VUITTON GI2149 (1100.00) DBOL HANDBAG LOUIS VUITTON SD4116 (550.00) DBOL HANDBAG LOUIS VUITTON SD4108 (850.00) DBOL HANDBAG LOUIS** | ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ Yes |

| Creditor's name: | **FIRST FIDELITY BANK** | ☐ Surrender the property. | ■ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2017 CADILLAC UTILITY XT5 UNKNOWN miles BARE LEGAL TITLE-- DEBTOR 2 IS ON THE LOAN AND THE TITLE TO HER MOTHER'S VEHICLE; HER MOTHER DRIVES AND MAKES THE PAYMENTS** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]:  **DEBTOR'S MOTHER WILL CONTINUE TO MAKE PAYMENTS** | ☐ Yes |

| Creditor's name: | **MIDFIRST BANK** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **16813 Little Leaf Lane Edmond, OK 73012  Oklahoma County LOT 460, BLK 23, ROSE CREEK BLOCKS 23-24, THE FAIRWAYS ADDN TO CITY OF OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA** | ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Lessor's name: | **BEACON FUJNDING CORPORATION** | ■ No |
|---|---|---|
| | | ☐ Yes |
| Description of leased Property: | **ACCOUNT BFC15515-01; 2019 POLYPRINT TEXJET ECHO2 DIRECT TO GARMENT PRINTER; MISC. ASSORTED COLOR IN CARTRIDGES, 1L DARK STANDARD PRETREATMENT; 2L CLEANING SOLUTION, 500 PIECE PROTECTION PAPER; SLEEVE AND ONESIE PLATEN 6X12 IN.; 11X12.5 YOUTH AND TODDLER PLATEN; 2019 STAHLS HOTRONIX** | |

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 2 |
|---|---|---|

Debtor 1  **Trent Dwight Ford**
Debtor 2  **Jill Nicole Ford**

Case number (*if known*) _____

**FUSION HEAT PRESS; 2019 ZIPPY DTG PRETREAT DELUXE; RYOFILTER SCREEN FILTRATION SYSTEM W/PUMP; LIGHT TABLE 25X36 YELLOW INSPECTION BOX; SCREEN AND INK PRESS CARD; POLYPRINT LIGHT AND POLUESTER PRETREATMENT. 24 PAYMENT OF $1,113.67 BEGINNING 7/1/19; EXPIRES 7/01/21.**

| Lessor's name: | **BEACON FUNDING CORPORATION** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **ACCOUT  BFC15515-02; 2019 POLYPRINT TEXJET DTG PRINTER 13 X 20 PLATEN ASSORTED INKS, PRETREATMENT (HEAT PRESS), CLEANING SOLUTION, RIP-CADLINK DIGITAL FACTORY POLYPRINT EDITION, INK SET FOR POLYPRINT TEXJET ECHO 2; CYAN, MAGENTA, YELLLOW, BLACK, WHITE POLYPRINT INK CARTRIDGES 140MI; POLYPRINT DARK STANDARD PRETREATMENT, POLYPRINT PROJECTOR PAPER. 24 PAYMENTS OF $793.56 BEGINNING 9/1/19 EXPIRES 9/1/21.** |

| Lessor's name: | **BROTHER INTERNATIONAL CORP.** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **ACCOUNT GTX4-120; 36 MONTHS AT $879.94/MO. BEGINNING 9/16/19. GTX422 MACHINE; SCHULZE PRETREAT MACHINE; MAXX2G HEAT PRESS.** |

| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **LEASE NO. 003-9035251-001; 36 MONTHS AT $460.80/MO. BEGINNING 5/27/20; DELL ORDER #635905069; 2 NVIDIA(R) GEFORCE(R) GTX 166OTI 6GB GDDRD COMPUTER, ACCESSORIES AND SOFTWARE.** |

| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **LEASE NO. 003-9035251-002; 36 MONTHS AT $92.95/MO. BEGINNING 11/9/2020.  DELL ORDER #735121419; DELL 24 MONITOR - P2419H AND HARDWARE WARRANTY.** |

| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **LEASE NO. 003-9035251-003; 36 MONTHS AT $31.63/MO. BEGINNING 9/30/20.  DELL ORDER #763078499; VOSTRO NOTEBOOK 3500.** |

| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **LEASE NO. 003-9035251-004; 36 MONTHS AT $103.84/MO. BEGINNING 12/14/20.  DELL ORDER #782768260. VOSTRO NOTEBOOK 5502.** |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

Debtor 1   **Trent Dwight Ford**
Debtor 2   **Jill Nicole Ford**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **LEASE NO. 003-9035251-005; 36 MONTHS AT $99.95/MO. BEGINNING 12/24/20; DELL ORDER #795084085, 5 WACOM INTUOS PRO MEDIUM DIGITIZER - USB - BLUETOOTH; COLOR DELUXE LASER PRINTER.** | |
| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **LEASE NO. 003-9035251-006; 36 MONTHS AT $70.25/MO. BEGINNING 12/30/20.  DELL ORDER #799133763.  DELL 24 MONITOR; 2 VOSTRO NOTEBOOK 5502 AND ACCESSORIES.** | |
| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **LEASE NO. 003-9035251-007.  36 MONTHS AT $264.67/MO. BEGINNING 1/14/21.  DELL ORDER #810238708. XPS 8940; MCAFEE SECURITY SUBSCRIPTION.  ADDITIONAL SOFTWARE.** | |
| Lessor's name: | **DELL FINANCIAL SERVICES LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **LEASE NO. 003-9035251-008.  36 MONTHS AT $129.05/MO. BEGINNING 1/15/21.  DELL ORDER #810790856.  4 VOSTRO NOTEBOOK 5502.** | |
| Lessor's name: | **GENEVA CAPITAL LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **ACCOUNT 67391 S5; EQUIPMENT LEASE FOR OK-10 66" CONVEYER PRACTIX ROTARY HEAT TRAN; EXPIRES 11-25-2023** | |
| Lessor's name: | **GENEVA CAPITAL LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **ACCOUNT 67931 S4; EQUIPMENT LEASE FOR EPSON F9370PS SURE COLOR 64"DYE SUB PRINTER. BEGAN 7/25/20; 37 PAYMENTS; EXPIRES 08-25-23** | |
| Lessor's name: | **GENEVA CAPITAL LLC** | ■ No<br>☐ Yes |
| Description of leased Property: | **ACCOUNT 67391S3; 1 HEAD 12 NEEDLE; 4-SPRINT ZSK EMBROIDERY MACHINE, ZSK SPRINT STAND; 2300 WATTS CAP. STEP UP TRANS; STARTER KIT BACKING BOBBINS; STARTER KIT THREAD 16** | |

Official Form 108                 **Statement of Intention for Individuals Filing Under Chapter 7**                 page 4

| Debtor 1 | **Trent Dwight Ford** | | Case number (*if known*) | |
| Debtor 2 | **Jill Nicole Ford** | | | |

COLORISACORD. BEGAN 1/20/20; 61 PAYMENTS OF $688.00 TERM ENDS 04-20-25

| Lessor's name: | **GENEVA CAPITAL LLC** | ■ No |
| | | ☐ Yes |

Description of leased Property: **ACCOUNT 67391S2;  EQUIPMENT LEASE FOR MRPK-950 FOLDING MACHINE AMSCOMATIC; MRPAB-9000 AUTOMATIC BAGGER; AMSIC-120 AMSCOMATIC INCLINE CONVEYOR 14"; BEGAN 04-01-20; 60 PAYMENTS OF $1,794.00; EXPIRES 06-01-25**

| Lessor's name: | **GENEVA CAPITAL LLC** | ■ No |
| | | ☐ Yes |

Description of leased Property: **ACCOUNT 67391S; EQUIPMENT LEASE FOR DIAMOND BACK E10 STATION 8 COLOR; AIR SUPPLY/ELEC POWER; FUSION DRYER 1 PHASE;  1' CONVEYOR EXTENSION FOR 36" FUSION; RED CHILI D 20" X 24" 3PH QUARTZ FLASH; EXT. COMMUN CABLE FOR FLASH UNIT; 23" X 31" PRINT FRAME O.D. M&R TRI-LOC REG SYSTEM; 31" X 40" METAL HALIDE; LED DIMMABLE TOUCH BUTTON LIGHT TABLE; USED 7.5HP SCREW DRIVE COMPRESSOR SINGLE PHASE; BEGAN 1/10/20; 60 PAYMENTS OF $1,738.00;  EXPIRES 03-10-25**

| Lessor's name: | **GENEVA CAPITAL LLC** | ■ No |
| | | ☐ Yes |

Description of leased Property: **ACCOUNT 67391; EQUIPMENT LEASE 54" ROLAND VG2; 540 TREVIS 8 COLOR PRINTER; 1 HEAD 12 NEEDLE SPRINT ZSK EMBROIDERY MACHINE ZSK SPRINT STAND; 2300 WATTS MAXIMUM; STARTER KIT BACKING BOBBINS NEEDLES; STARTER KIT THREAD 16 COLORS ISACORD; EMB STUDIO EDITING; BEGAN 11/20/19;  EXPIRES 02-20-25**

| Lessor's name: | **LEASE CORPORATION OF AMERICA (LCA)** | ■ No |
| | | ☐ Yes |

Description of leased Property: **ACCOUNT 149896-001; 60 MONTHS AT $194.28/MO.BEGINNING 6/4/20 EXPIRES 6/2025.  30 AH84QCJ8AA1AN BC300D 403-470MHZ 4W ANALOG/DIGITAL BASIC MODEL: 16-CHANNEL MAG ONE BATTERY LI-ION 1500 MAH (PMN4075_R)/MAG ONE RAPID CHARGER KIT (INCLUDES PMLN5041_R BASE/ EPNN9288_R POWER SUPPLY WITH AC CORD - PMLN5048_R; MAG ONE ANTENNA VHF PMAD4051_R/ UHF PMAE 4020_R / MAG ONE SPRING BELT CLIP PMLN 4743; OPERATING INSTRUCTION MANUALS; FCC LICENSE: 5 SIMPLEX UHF DIGITAL FREQUENCIES 10-YEAR.**

| Lessor's name: | **NORTH STAR LEASING COMPANY** | ■ No |
| | | ☐ Yes |

Description of leased Property: **ACCOUNT 62843 BEGINNING 12/2020; 48 PAYMENTS OF $1,059.00/MO.; 2 ZSKSPRINT - 6, 1 HEAD, 12 NEEDLE SPRINT ZSK EMBROIDERY**

| Debtor 1 | **Trent Dwight Ford** | | |
|---|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | Case number *(if known)* | |

**MACHINES; 2 ZSKSPRINT - STANDS; 2 INSTALL - EMBROIDERY INSTALLATON CHARGES; ALL OTHER ITEMS ACCESSORIES ON SALES CONTRACT DATED 12/17/2020.**

Lessor's name: **OCEAN DEVELOPMENT**

■ No

☐ Yes

Description of leased Property: **GUARANTOR ON COMMERCIAL LEASE OF THREE UNITS; DEBTORS WISH TO REJECT THE EXECUTORY CONTRACT.**

Lessor's name: **TIME PAYMENT**

■ No

☐ Yes

Description of leased Property: **ACCOUNT 44506988; PAYMENT OF $849.87 FOR 21 MONTHS BEGINNING 1/18/19. ENTREPRENEUR PLUS PACKAGE TO INCLUDE: 1 RILEY 300 6X4 PRESS, PRMA-RH3, RYONET; RILEY CURE 24 X 8 CONVEYOR 6500, CDIF-RC08-6500 RYONET; RILEY HOPKINS 120V FLASH DRYER W/STAND AND CASTERS, FDIF-RY18 18SD, RYONET; X-VACTOR EXPOSURE UNIT WITH DIGITAL TIMER, EUPXVACTORSM-D, RYONET; RYONET 48" WASH PIT BACKLIT WASHOUT SINK, DREQ-RYOWASH, RYONET; RILEY HALF RACK 10 SCREEN RACK, PRAC-HAL FRKCRT, RYONET; HALF STACK SCREEN RACK TOP FOR 23-24" WIDE SCREENS PRAC-HAL FRKTOP, RYONET; 13" PRINTER FOEQ-P40 O EPSON; 4 ALUMINUM OD 110 WHITE MESH 80 MICRON THREAD SCREEN SCAL-20X24 110 RYONET; 6 ALUMINUM 20 x 24"OD WHITE SCREEN, SCAL-20X24 156 RYONET; 4 ALUMINUM OD 230 YELLOW MESH 48 MICRON THREAD SCREEN, SCAL-20X24 230, RYONET; 7 DUROMETER SQUEEGEE, CUSTOM, RYONET; EXPERT SPOT GUN, GNEQ-SG 3000 RYONET.**

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Trent Dwight Ford**

**Trent Dwight Ford**
Signature of Debtor 1

X **/s/ Jill Nicole Ford**

**Jill Nicole Ford**
Signature of Debtor 2

Date  **March 17, 2021**

Date  **March 17, 2021**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| Debtor 2 (Spouse, if filing) | **Jill Nicole Ford** |
| United States Bankruptcy Court for the: | Western District of Oklahoma |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

- ■ 1. There is no presumption of abuse
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income                    04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6.  **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

Debtor 1 **Trent Dwight Ford**
Debtor 2 **Jill Nicole Ford**                                    Case number (*if known*) _____

|  | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|---|

8. **Unemployment compensation**                          $ _____    $ _____
   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here:
   For you .......................................................... $ _____
   For your spouse ........................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
   benefit under the Social Security Act. Also, except as stated in the next sentence, do
   not include any compensation, pension, pay, annuity, or allowance paid by the
   United States Government in connection with a disability, combat-related injury or
   disability, or death of a member of the uniformed services. If you received any retired
   pay paid under chapter 61 of title 10, then include that pay only to the extent that it
   does not exceed the amount of retired pay to which you would otherwise be entitled
   if retired under any provision of title 10 other than chapter 61 of that title.          $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act; payments made
    under the Federal law relating to the national emergency declared by the President
    under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the
    coronavirus disease 2019 (COVID-19); payments received as a victim of a war
    crime, a crime against humanity, or international or domestic terrorism; or
    compensation  pension, pay, annuity, or allowance paid by the United States
    Government in connection with a disability, combat-related injury or disability, or
    death of a member of the uniformed services. If necessary, list other sources on a
    separate page and put the total below..

    . _____        $ _____    $ _____
    _____          $ _____    $ _____
    Total amounts from separate pages, if any.      **+**  $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for     $ _____  **+**  $ _____  **=**  $ _____
    each column. Then add the total for Column A to the total for Column B.                                                              Total current monthly
                                                                                                                                          income

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 .......................... **Copy line 11 here=>**     $ _____

         Multiply by 12 (the number of months in a year)                                                  **x  12**

    12b. The result is your annual income for this part of the form                                 12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                    [_____]

    Fill in the number of people in your household.         [_____]

    Fill in the median family income for your state and size of household.                           13.   $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**
    14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
              Go to Part 3. Do NOT fill out or file Official Form 122A-2.
    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
              Go to Part 3 and fill out Form 122A–2.

**Part 3:**    Sign Below

    By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

    **X /s/ Trent Dwight Ford**                          **X /s/ Jill Nicole Ford**
    _____                       _____
    **Trent Dwight Ford**                                **Jill Nicole Ford**

| Debtor 1 | **Trent Dwight Ford** | | | |
|---|---|---|---|---|
| Debtor 2 | **Jill Nicole Ford** | | Case number (*if known*) | |

| Signature of Debtor 1 | Signature of Debtor 2 |
|---|---|
| Date **March 17, 2021** | Date **March 17, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Trent Dwight Ford** |
| Debtor 2 | **Jill Nicole Ford** |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Oklahoma |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Oklahoma

In re **Trent Dwight Ford**
**Jill Nicole Ford**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................... $ _____ **3,500.00**

    Prior to the filing of this statement I have received .................................... $ _____ **3,500.00**

    Balance Due .................................... $ _____ **0.00**

2. $ __**338.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; representation and negotiation of reaffirmation agreements and/or redemption agreements.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**March 17, 2021**__
*Date*

/s/ **Jerry D. Brown OBA**
**Jerry D. Brown OBA #16815**
*Signature of Attorney*
**Jerry D. Brown, P. C.**
**5500 N. Western Ave.**
**Suite 150**
**Oklahoma City, OK 73118**
**(405) 841-1000   Fax: (405) 841-1001**
**jdbrownpc@sbcglobal.net**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Trent Dwight Ford**
**Jill Nicole Ford**

Case No.

Debtor(s)

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **March 17, 2021**

**/s/ Trent Dwight Ford**
**Trent Dwight Ford**
Signature of Debtor

Date: **March 17, 2021**

**/s/ Jill Nicole Ford**
**Jill Nicole Ford**
Signature of Debtor