UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:                                )
    **Trent Dwight Ford,**          )
    **Jill Nicole Ford,**           )   Case No. _____
                                      )   Chapter   **7**
Debtors.                              )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑     Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Oliver and Olivia Children Apparel Inc. | Last 60 days | |

☐     The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on: **March 16, 2021**.

/s/ Trent Dwight Ford
**Trent Dwight Ford**
(Debtor Signature)

/s/ Jill Nicole Ford
**Jill Nicole Ford**
(Joint Signature)

☐ Pro se Debtor
☑ Represented by Counsel

/s/ Jerry D. Brown OBA
(Attorney Signature)
Jerry D. Brown OBA #16815
5500 N. Western Ave.
Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001
jdbrownpc@sbcglobal.net

Counsel for
**Trent Dwight Ford**
**Jill Nicole Ford**

# Earnings Statement

# TRENT FORD

| | | | | |
|---|---|---|---|---|
| Pay Date: | 03/04/2021 | Company: 0UN32 - | | Emp #: A034 |
| Period Start: | 01/11/2021 | OLIVERANDOLIVIACHILDRENAPPAREL INC | | Dept: 999 - Warehouse |
| Period End: | 01/18/2021 | 3825 NW 166TH ST STE B15 | | Pay Basis: Salary |
| | | EDMOND  OK  73012   (405) 300-8906 | | |

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | -961.54 | 1923.08 | |
| **Gross** | | -961.54 | 1923.08 | |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | 0.00 | 0.00 | |
| Medicare | | -13.94 | 27.89 | |
| Social Security | | -59.61 | 119.24 | |
| Oklahoma State W/H(S/10) | | -29.00 | 58.00 | |
| **Deductions** | | | | |
| **Net Pay** | | -858.99 | 1717.95 | Check No. 2011 |
| **Net Pay Distribution** | | | | |
| Voided Check | | -858.99 | 1717.95 | A/C: |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off Hours | -1.54 | -13.85 | 0.00 | 0.00 |



OLIVERANDOLIVIACHILDRENAPPAREL INC
3825 NW 166th ST SUITE B15
EDMOND, OK  73012

DATE: 03/04/2021

Dept: 999

**Net Pay:**                                                                 **-858.99**
Minus Eight Hundred Fifty Eight And 99/100 Dollars

TRENT FORD
4232 NW 144TH ST
EDMOND, OK  73034

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# TRENT FORD

| | | Company: 0UN32 - | | |
|---|---|---|---|---|
| Pay Date: | 01/27/2021 | OLIVERANDOLIVIACHILDRENAPPAREL INC | | Emp #: A034 |
| Period Start: | 01/12/2021 | 3825 NW 166TH ST STE B15 | | Dept: 999 - Warehouse |
| Period End: | 01/18/2021 | EDMOND  OK  73012   (405) 300-8906 | | Pay Basis: Salary |

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 961.54 | 2884.62 |
| **Gross** | | 961.54 | 2884.62 |
| **W/H Taxes** | | | |
| Federal W/H(S/0) | | 0.00 | 0.00 |
| Medicare | | 13.94 | 41.83 |
| Social Security | | 59.61 | 178.85 |
| Oklahoma State W/H(S/10) | | 29.00 | 87.00 |
| **Deductions** | | | |
| **Net Pay** | | 858.99 | 2576.94 Voucher No. 2011DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 858.99 | 2576.94 A/C:7325 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off Hours | 1.54 | 13.85 | 0.00 | 13.85 |



OLIVERANDOLIVIACHILDRENAPPAREL INC
3825 NW 166th ST SUITE B15
EDMOND, OK  73012

DATE: 01/27/2021

Voucher No. 2011DD

Dept: 999

**Net Pay:**                                                                          **858.99**

Eight Hundred Fifty Eight And 99/100 Dollars

TRENT FORD
4232 NW 144TH ST
EDMOND, OK 73034

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRENT FORD |
|---|---|---|---|---|---|

| | | Company: 0UN32 - | | |
|---|---|---|---|---|
| Pay Date: | 01/13/2021 | OLIVERANDOLIVIACHILDRENAPPAREL INC | | Emp #: A034 |
| Period Start: | 12/29/2020 | 3825 NW 166TH ST STE B15 | | Dept: 999 - Warehouse |
| Period End: | 01/04/2021 | EDMOND OK 73012   (405) 300-8906 | | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 961.54 | 961.54 |
| **Gross** | | 961.54 | 961.54 |
| **W/H Taxes** | | | |
| Federal W/H(S/0) | | 0.00 | 0.00 |
| Medicare | | 13.94 | 13.94 |
| Social Security | | 59.62 | 59.62 |
| Oklahoma State W/H(S/10) | | 29.00 | 29.00 |
| **Deductions** | | | |
| **Net Pay** | | 858.98 | 858.98 Voucher No. 1969DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 858.98 | 858.98 A/C:7325 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off Hours | 1.54 | 12.31 | 0.00 | 12.31 |



OLIVERANDOLIVIACHILDRENAPPAREL INC
3825 NW 166TH ST SUITE B15
EDMOND, OK  73012

Dept: 999

**Net Pay:** 858.98

Eight Hundred Fifty Eight And 98/100 Dollars

TRENT FORD
4232 NW 144TH ST
EDMOND, OK  73034

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# JILL FORD

| | | |
|---|---|---|
| Pay Date: 03/04/2021 | Company: 0UN32 - OLIVERANDOLIVIACHILDRENAPPAREL INC | Emp #: A017 |
| Period Start: 01/11/2021 | 3825 NW 166TH ST STE B15 | Dept: 999 - Warehouse |
| Period End: 01/18/2021 | EDMOND OK 73012   (405) 300-8906 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date | | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | -769.23 | 1538.46 | | |
| **Gross** | | -769.23 | 1538.46 | | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/0) | | 0.00 | 0.00 | | |
| Medicare | | -11.16 | 22.30 | | |
| Social Security | | -47.69 | 95.39 | | |
| Oklahoma State W/H(M/10) | | -10.00 | 20.00 | | |
| **Deductions** | | | | | |
| **Net Pay** | | -700.38 | 1400.77 Check No. 2010 | | |
| **Net Pay Distribution** | | | | | |
| Voided Check | | -700.38 | 1400.77 A/C: | | |
| **Employee Benefits, Allowances, and Other** | | Current Period | Year To Date | YTD Taken | Available |
| Paid Time Off Hours | | -1.54 | -13.85 | 0.00 | 0.00 |

---

OLIVERANDOLIVIACHILDRENAPPAREL INC
3825 NW 166th ST SUITE B15
EDMOND, OK  73012

Check No. 2010

DATE: 03/04/2021

Dept: 999

**Net Pay:**                                                                                                                **-700.38**
Minus Seven Hundred And 38/100 Dollars

JILL FORD
16813 LITTLE LEAF LANE
EDMOND, OK  73012

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

## Earnings Statement

JILL FORD

| | | Company: 0UN32 - | | |
|---|---|---|---|---|
| Pay Date: | 01/27/2021 | OLIVERANDOLIVIACHILDRENAPPAREL INC | | Emp #: A017 |
| Period Start: | 01/12/2021 | 3825 NW 166TH ST STE B15 | | Dept: 999 - Warehouse |
| Period End: | 01/18/2021 | EDMOND OK 73012  (405) 300-8906 | | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 769.23 | 2307.69 |
| **Gross** | | 769.23 | 2307.69 |
| **W/H Taxes** | | | |
| Federal W/H(S/0) | | 0.00 | 0.00 |
| Medicare | | 11.15 | 33.46 |
| Social Security | | 47.70 | 143.08 |
| Oklahoma State W/H(M/10) | | 10.00 | 30.00 |
| **Deductions** | | | |
| **Net Pay** | | 700.38 | 2101.15 Voucher No. 2052DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 700.38 | 2101.15 A/C:7325 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off Hours | 1.54 | 15.38 | 0.00 | 15.38 |



OLIVERANDOLIVIACHILDRENAPPAREL INC
3825 NW 166th ST SUITE B15
EDMOND, OK  73012

DATE 01/27/2021

Dept: 999

**Net Pay:** 700.38

Seven Hundred And 38/100 Dollars

JILL FORD
16813 LITTLE LEAF LANE
EDMOND, OK  73012

For Record Purposes Only
**NON-NEGOTIABLE**

| Earnings Statement | | | | JILL FORD |
|---|---|---|---|---|

| | | Company: 0UN32 - | | |
|---|---|---|---|---|
| Pay Date: | 01/13/2021 | OLIVERANDOLIVIACHILDRENAPPAREL INC | | Emp #: A017 |
| Period Start: | 12/29/2020 | 3825 NW 166TH ST STE B15 | | Dept: 999 - Warehouse |
| Period End: | 01/04/2021 | EDMOND  OK  73012  (405) 300-8906 | | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 769.23 | 769.23 |
| **Gross** | | 769.23 | 769.23 |
| **W/H Taxes** | | | |
| Federal W/H(S/0) | | 0.00 | 0.00 |
| Medicare | | 11.15 | 11.15 |
| Social Security | | 47.69 | 47.69 |
| Oklahoma State W/H(M/10) | | 10.00 | 10.00 |
| **Deductions** | | | |
| **Net Pay** | | 700.39 | 700.39 Voucher No. 1968DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 700.39 | 700.39 A/C:7325 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off Hours | 1.54 | 12.31 | 0.00 | 12.31 |

---

OLIVERANDOLIVIACHILDRENAPPAREL INC  
3825 NW 166th ST SUITE B15  
EDMOND, OK  73012  

Voucher No. 1968DD  
DATE: 01/13/2021  

Dept: 999  

**Net Pay:**                      **700.39**  
Seven Hundred And 39/100 Dollars  

JILL FORD  
16813 LITTLE LEAF LANE  
EDMOND, OK  73012  

For Record Purposes Only  
**\*\*NON-NEGOTIABLE\*\***