# Notice Recipients

District/Off: 1087–5          User: admin                    Date Created: 03/17/2021
Case: 21–10574                Form ID: 309A                  Total: 163

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Trent Dwight Ford | 16813 Little Leaf Lane | Edmond, OK 73012 | |
| jdb | Jill Nicole Ford | 16813 Little Leaf Lane | Edmond, OK 73012 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Lyle R. Nelson | Two Leadership Square | 211 N. Robinson, Ste 1300 | Oklahoma City, OK 73102 |
| aty | Jerry D. Brown | Jerry D. Brown, P.C. | 5500 N. Western, Suite 150 | Oklahoma City, OK 73118 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6547895 | AFFIRM INC. | 30 NISABELLA STREET | FLOOR 4 | PITTSBURGH PA 15212 |
| 6547896 | ALBERT, WHITNEY | 777 E 15TH ST, # 452 | EDMOND OK 73013 | |
| 6547897 | ALLY FINANCIAL | P O BOX 380981 | BLOOMINGTON MN 55438 | |
| 6547898 | ALVARADO, JOSEPH | 1626 NW 8TH ST | OKLAHOMA CITY OK 73106 | |
| 6547899 | AMAZON LENDING | AMAZON CAPITAL | 2201 WESTLAKE AVE. | SEATTLE WA 98103 |
| 6547900 | AMERICAN EXPRESS | PO BOX 297879 | FORT LAUDERDALE FL 33329–7879 | |
| 6547901 | APPLE CARD–GS BANK USA | LOCKBOX 6112 | PO BOX 7247 | PHILADELPHIA PA 19170 |
| 6547902 | ATT MOBILITY | PO BOX 6463 | CAROL STREAM IL 60197 | |
| 6547903 | BAKKE, SARAH | 316 E. GREENWOOD LN | MUSTANG OK 73064 | |
| 6547904 | BEACON FUJNDING CORPORATION | 3400 DUNDEE RD, # 180 | NORTHBROOK IL 60062 | |
| 6547906 | BEACON FUNDING CORPORATION | 3400 DUNDEE RD., #180 | NORTHBROOK IL 60062 | |
| 6547905 | BEACON FUNDING CORPORATION | 3400 DUNDEE ROAD, SUITE 180 | NORTHBROOK IL 60062 | |
| 6547907 | BIGGS, MOLLY | 11100 N. 19TH ST | FREDERICK OK 73542 | |
| 6547908 | BLANKENSHIP, MADISON | 1201 COVELL VILLAGE DR., #219 | EDMOND OK 73003 | |
| 6547909 | BLUE CROSS BLUE SHIELD OKLAHOMA | PO BOX 650615 | DALLAS TX 75265–0615 | |
| 6547910 | BOUNDS, TERA | 4713 SE 19TH | OKLAHOMA CITY OK 73115 | |
| 6547911 | BROTHER INTERNATIONAL CORP. | 200 CROSSING BLVD. | BRIDGEWATER NJ 08807 | |
| 6547912 | BURCHAM, BRODY | 5757 W. HEFNER RD, #1204 | OKLAHOMA CITY OK 73162 | |
| 6547913 | CALDERON, JESSIE | 2701 NW 18TH ST. | OKLAHOMA CITY OK 73107 | |
| 6547914 | CAPITAL ONE BANK USA | PO BOX 31293 | SALT LAKE CITY UT 84131 | |
| 6547915 | CASTLEBERRY, STEPHANIE | 13331 N MACARTHUR BLVD, #109 | EDMOND OK 73013 | |
| 6547916 | CASTRO, SELENE | 1036 SW 30TH ST. | OKLAHOMA CITY OK 73109 | |
| 6547917 | CATER, SHANNA | 13909 JOSHUA ST. | KINGSTON OK 73439 | |
| 6547918 | CHERYL HUSMANN | PO BOX 7751 | EDMOND OK 73083 | |
| 6547919 | CHERYL KLIEWER | 10105 THOMPKINS LANE | OKLAHOMA CITY OK 73162 | |
| 6547920 | CHRIS MARBLE | CMM FINANCIAL | 3535 NW 58TH STREET | SUITE 765  OKLAHOMA CITY OK 73112 |
| 6547921 | CITICARDS CBNA | 5800 S. CORPORATE PL | SIOUX FALLS SD 57108 | |
| 6547922 | CITIZENS BANK | 1 EAST FIRST STREET | EDMOND OK 73034 | |
| 6547923 | COMENITY BANK – MAURICES | PO BOX 182789 | COLUMBUS OH 43218 | |
| 6547924 | COUGHLIN, KACEY | 224 EAST BLOSSOM DR | MIDWEST CITY OK 73110 | |
| 6547925 | COX BUSINESS | PO BOX 1259 | OAKS PA 19456 | |
| 6547926 | COX, MELISSA | 5006 SE 47TH ST | LAWTON OK 73501 | |
| 6547927 | CREDIT ONE BANK | PO BOX 98872 | LAS VEGAS NV 89193–8872 | |
| 6547928 | CRIBLEY, KARSON | 2028 3 STARS RD | EDMOND OK 73034 | |
| 6547929 | DAVIS, CHEYENNE | 6229 NW 63RD ST., # D | WARR ACRES OK 73132 | |
| 6547930 | DELL FINANCIAL SERVICES LLC | ONE DELL WAY | ROUND ROCK TX 78682 | |
| 6547931 | DEPT OF ED/NELNET | PO BOX 82561 | LINCOLN NE 68501 | |
| 6547932 | DIAMOND BANK 2, LLC | 1021 E. BROADWAY | SUITE A | COLUMBIA MO 65201 |
| 6547933 | DISCOVER FINANCIAL | PO BOX 15316 | WILMINGTON DE 19850 | |
| 6547934 | EIRWIN, HOPE | 401 W COVELL RD, # 2026 | EDMOND OK 73003 | |
| 6547935 | ELAN FINANCIAL | CB DISPUTES | PO BOX 108 | SAINT LOUIS MO 63101 |
| 6547936 | ELLIOTT, EMILEIGH | 508 NW 51ST ST. | OKLAHOMA CITY OK 73118 | |
| 6547889 | EQUIFAX INFORMATION SERVICES LLC | PO BOX 740256 | ATLANTA GA 30374–0256 | |
| 6547890 | EXPERIAN | 701 EXPERIAN PARKWAY | PO BOX 2002 | ALLEN TX 75013 |
| 6547937 | EXPRESS SERVICES, INC. | PO BOX 203901 | DALLAS TX 75320–3901 | |
| 6547938 | FIRST FIDELITY BANK | PO BOX 32282 | OKLAHOMA CITY OK 73123 | |
| 6547939 | FIRST PREMIER BANK | 3820 N. LOUISE | SIOUX FALLS SD 57107 | |
| 6547940 | FLORES, NAYSHA | 402 W. COVELL RD, #326 | EDMOND OK 73003 | |
| 6547941 | FORD, KEAGAN | 400 W EDMOND RD | EDMOND OK 73003 | |
| 6547942 | FORMAN, HANNAH | 100 N BLACKWELDER | EDMOND OK 73034 | |
| 6547943 | FOX CAPITAL | 1920 E. HALLANDALE BEACH BLVD. | HALLANDALE FL 33009 | |
| 6547944 | FRAZIER, CHASITY | 9108 SUNCOUNTRY DR. | MIDWEST CITY OK 73130 | |
| 6547945 | GENEVA CAPITAL LLC | 1311 BROADWAY STREET | ALEXANDRIA MN 56308 | |
| 6547946 | GOODSON, TAYLOR | 11020 SW 6TH ST | YUKON OK 73099 | |
| 6547947 | GRAPHIC SOLUTIONS | 4601 SPRING VALLEY RD. | DALLAS TX 75244 | |
| 6547948 | HANEY, CRYSTAL | 1229 MORRISON TRAIL | EDMOND OK 73012 | |
| 6547949 | HANEY, SARAH | 12831 STRATFORD DR,, #234 | OKLAHOMA CITY OK 73120 | |

| | | |
|---|---|---|
| 6547950 | HEARTLAND PAYROLL SOLUTIONS | 90 LINDEN OAKS     SUITE 110     ROCHESTER NY 14625 |
| 6547951 | HENRY, MADISON | 2301 TUSCAN LANE     EDMOND OK 73034 |
| 6547952 | HERRING, JOHN | 2701 WINDSOR BLVD     OKLAHOMA CITY OK 73127 |
| 6547953 | HMF CAPITAL GROUP | MOE LENDING     368 NEW HEMPSTEAD STE 217     NEW CITY NY 10956 |
| 6547954 | HOEBING, EMILY | 1608 NW 39TH ST.     OKLAHOMA CITY OK 73118 |
| 6547955 | HUMPHREY, CHELSEA | 16500 MOORGATE LANE     EDMOND OK 73012 |
| 6547887 | IRS | P.O. BOX 7346     PHILADELPHIA PA 19101–7346 |
| 6547956 | JOE LIEBERMAN | LIEBERMAN AND KLESTZICK LLP     71 S. CENTRAL AVE. 2ND FLOOR     VALLEY STREAM NY 11580 |
| 6547957 | JOHNSON PLASTICS | PO BOX 74576     CLEVELAND OH 44194 |
| 6547958 | JONES, SHAWNA | 4713 SE 19TH ST.     DEL CITY OK 73115 |
| 6547959 | KOLB, JILLIAN | 304 N. BROADWAY     CRESCENT OK 73028 |
| 6547960 | LAWRENCE, KRISTIN | 9211 N. COUNCIL RD, #313     OKLAHOMA CITY OK 73132 |
| 6547961 | LEASE CORPORATION OF AMERICA (LCA) | 3150 LIVERNOIS RED., #300     TROY MI 48083 |
| 6547962 | LOPEZ, VANESSA | 1109 E KATY DR.     ALTUS OK 73521 |
| 6547963 | MAIN STREET LOAN | CITIZENS BANK     1 E. 1ST STREET     EDMOND OK 73034 |
| 6547964 | MCKINNEY, CHEYENNE | 6050 S. BANNER RD     EL RENO OK 73036 |
| 6547965 | MENASCO, GARRETT | 329895 E 940 RD     LUTHER OK 73054 |
| 6547966 | MERCEDES BENZ FINANCIAL SERVICES | PO BOX 961     ROANOKE TX 76262 |
| 6547968 | MIDFIRST BANK | 501 NW GRAND BLVD     OKLAHOMA CITY OK 73118 |
| 6547969 | MIDFIRST BANK | PO BOX 26750     OKLAHOMA CITY OK 73118 |
| 6547967 | MIDFIRST BANK | PO BOX 268879     OKLAHOMA CITY OK 73126 |
| 6547970 | MIDFIRST SSB | 501 NW GRAND BLVD.     OKLAHOMA CITY OK 73118 |
| 6547971 | MISSION IMPRINTABLES | 1604 CACTUS RD     SAN DIEGO CA 92154 |
| 6547972 | MURPHY, SHERRIAH | 1600 KICKINGBIRD RD, #134     EDMOND OK 73034 |
| 6547973 | MYERS LAW GROUP | 4695 MACARTHUR COURT     SUITE 200     NEWPORT BEACH CA 92660 |
| 6547974 | NAVIENT | PO BOX 9655     WILKES BARRE PA 18773 |
| 6547975 | NAVITAS CREDIT CORP | PO BOX 935204     ATLANTA GA 31193–5204 |
| 6547976 | NEEL, KYLIE | 4 S. KELLY AVE     EDMOND OK 73003 |
| 6547977 | NGUYEN, DAVID | 13608 NANCY ANN DR.     PIEDMONT OK 73078 |
| 6547978 | NORDSTROM BANK | 13531 E. CALEY AVE     ENGLEWOOD CO 80111 |
| 6547979 | NORTH STAR LEASING COMPANY | PO BOX 4505     BURLINGTON VT 05406–4505 |
| 6547980 | OCEAN DEVELOPMENT | THE ALLEY AT PORT 164     3825 NW 166TH STREET     EDMOND OK 73012 |
| 6547985 | OG & E | 3220 S. HIGH     M 322     OKLAHOMA CITY OK 73129 |
| 6547983 | OG & E | 3220 S. HIGH AVE     M 322     OKLAHOMA CITY OK 73129 |
| 6547984 | OG & E | 3220 S. HIGH AVE     OKLAHOMA CITY OK 73129 |
| 6547981 | OG & E | 3220 S. HIGH AVE.     M 223     OKLAHOMA CITY OK 73129 |
| 6547982 | OG & E | 3220 S. HIGH AVE.     M 322     OKLAHOMA CITY OK 73129 |
| 6547986 | OKLAHOMA DEPARTMENT OF LABOR | 3017 N. STILES AVE. STE. 100     OKLAHOMA CITY OK 73105 |
| 6547987 | OKLAHOMA NATURAL GAS | 401 N HARVEY     OKLAHOMA CITY OK 73102 |
| 6547888 | OKLAHOMA TAX COMMISSION | GENERAL COUNSEL'S OFFICE     100 N. BROADWAY AVE.     SUITE 1500     OKLAHOMA CITY OK 73102 |
| 6547988 | OKLAHOMA'S CREDIT UNION | PO BOX 24027     OKLAHOMA CITY OK 73124 |
| 6547989 | OKLAHOMAS CREDIT UNION | PO BOX 24027     OKLAHOMA CITY OK 73124–0027 |
| 6547990 | OLIVER & OLIVIA CHILDREN APPAREL INC | 16813 LITTLE LEAF LANE     EDMOND OK 73012–0677 |
| 6547991 | PACHECO, KORI | 1135 1/2 NW 96TH ST.     OKLAHOMA CITY OK 73114 |
| 6547992 | PAIGE, HUNTER | 409 E BLACKWELL AVE     BLACKWELL OK 74631 |
| 6547993 | PARHAM, RAELYNN | OKLAHOMA CITY OK 73120 |
| 6547994 | PAYPAL WORKING CAPITAL | ATTN: EXECUTIVE ESCALATION     PO BOX 45950     OMAHA NE 68145–0950 |
| 6547995 | POOLE, DENNA | 2217 ASHLEY DR.     OKLAHOMA CITY OK 73118 |
| 6547996 | RAMIREZ, MAYRA | 201 SE 89TH ST, #1313     OKLAHOMA CITY OK 73149 |
| 6547997 | REAL, ASHLYN | 1001 N. DOUGLAS     GUTHRIE OK 73044 |
| 6547998 | REVENUE BASED FINANCING | 257 E. 200 SOUTH     STE 330     SALT LAKE CITY UT 84111 |
| 6547999 | RIOS, ELIZABETH | 3109 RANKIN TERR     EDMOND OK 73013 |
| 6548000 | ROBERTS, ANGELA | 1930 HERITAGE PARK DR., #129     OKLAHOMA CITY OK 73120 |
| 6548001 | RUTHERFORD, ANA | 5904 NW 50TH     OKLAHOMA CITY OK 73109 |
| 6548002 | RYLAND, JOHN | 11710 CIMARRON RD     CRESCENT OK 73028 |
| 6548003 | S & S ACTIVE WEAR | 220 REMINGTON BLVD     BOLINGBROOK IL 60440 |
| 6548004 | SANFORD, SKI | 1600 CHELSEA DR     EDMOND OK 73013 |
| 6548005 | SAUNDERS, PAIGE | 220 E. 14TH ST.     EDMOND OK 73034 |
| 6548006 | SCHOLL, AMBER | 1116 SWAN LAKE RD     EDMOND OK 73003 |
| 6548007 | SCHOLL, ERICKA | 2008 LAZY BROOK TRAIL     EDMOND OK 73013 |
| 6548008 | SHOPIFY LOAN | 150 ELGIN STREET     8TH FLOOR     OTTAWA, ONTARIO, CAN K2P 1L4 |
| 6548009 | SMALL BUSINESS ADMINISTRATION | ECONONMIC INJURY DISASTER RELIEF     14925 KINGSPORT ROAD     FORT WORTH TX 76185 |
| 6548010 | SMITH, ANGELA | 329895 E 940 RD     LUTHER OK 73054 |
| 6548011 | SNOW, DILLON | 14300 N. PENN     OKLAHOMA CITY OK 73134 |
| 6548012 | SNYDER, TRACY | 4713 SE 19TH ST.     DEL CITY OK 73115 |
| 6548013 | SPIVEY, GABRIELLA | 11708 NW 135TH ST     PIEDMONT OK 73078 |

| | | | |
|---|---|---|---|
| 6548014 | SYNCB/ AT HOME DC | PO BOX 965013 | ORLANDO FL 32896 |
| 6548015 | SYNCB/EBAY | PO BOX 965013 | ORLANDO FL 32896 |
| 6548016 | SYNCB/GAP | PO BOX 965005 | ORLANDO FL 32896 |
| 6548017 | SYNCB/PAYPAL CREDIT CARD | PO BOX 965005 | ORLANDO FL 32896 |
| 6548018 | SYNCB/PPC PAYPAL CREDIT | PO BOX 965005 | ORLANDO FL 32896 |
| 6548019 | SYNCHRONY/SAMS | PO BOX 965005 | ORLANDO FL 32896 |
| 6548020 | TARGET/TD BANK | NCD–0450   PO BOX 1470 | MINNEAPOLIS MN 55440 |
| 6548021 | TATE, SHARIECE | 9501 1–35 SERVICE RD, #803 | MOORE OK 73160 |
| 6548022 | TAWATER, AVERY | 2611 EDGEWOOD DR | EDMOND OK 73013 |
| 6548023 | TBOM FORTIVA | PO BOX 105555 | ATLANTA GA 30348 |
| 6547891 | TELECHECK INTL INC | SUPERVISOR LEGAL DEPT   5251 WESTHEIMER 2ND FLOOR | HOUSTON TX 77056 |
| 6548024 | TELUKEVICH, SOPHIA | 2209 YORKSHIRE DR | EDMOND OK 73013 |
| 6548025 | TFS SPORTSWEAR | 1991 N. POWERLINE RD | POMPANO BEACH FL 33069 |
| 6548026 | TIME PAYMENT | 1600 DISTRICT AVE., #200 | BURLINGTON MA 01803 |
| 6547892 | TRANS UNION CORPORATION | PO BOX 2000 | CRUM LYNNE PA 19022–2002 |
| 6547893 | US ATTORNEYS OFFICE | 210 W. PARK AVENUE, SUITE 400 | OKLAHOMA CITY OK 73102 |
| 6547894 | US DEPT OF JUSTICE CIV TRIAL | TAX DIVISION CENTRAL REGION   P.O. BOX 7238 BEN FRANKLIN ST. | WASHINGTON DC 20044 |
| 6548027 | US DEPT. OF EDUCATION | PO BOX 5609 | GREENVILLE TX 75403 |
| 6548028 | VALDIVIA, RAVEN | 4000 WHISPER CREEK DR. | EDMOND OK 73034 |
| 6548029 | VARNELL, DILLAN | PO BOX 278 | ARCADIA OK 73007 |
| 6548030 | VAUGHN, LEAH | 1441 NW 31ST ST. | OKLAHOMA CITY OK 73118 |
| 6548031 | VAUGHT, ARION | 5757 W. HEFNER RD | OKLAHOMA CITY OK 73162 |
| 6548032 | VOEGELE, TAYLOR | 716 ASHWOOD LN | MOORE OK 73160 |
| 6548033 | VON MAUR | 6565 BRADY ST. | DAVENPORT IA 52806 |
| 6548034 | WARD, KERIDAN | 18820 ROLLING HILL WAY | EDMOND OK 73012 |
| 6548035 | WARD, MIKE | 18801 NORTH INDIAN MERIDIAN | LUTHER OK 73054 |
| 6548036 | WAYFAIR MASTERCARD | PO BOX 6497 | SIOUX FALLS SD 57117 |
| 6548037 | WEBB, BRYONNA | 5612 DUNLIN RD | OKLAHOMA CITY OK 73179 |
| 6548038 | WF PREFERRED ACCOUNT | PO BOX 14517 | DES MOINES IA 50306 |
| 6548039 | WILSON, ANGELA | 8225 NW 112TH TERRACE | OKLAHOMA CITY OK 73162 |
| 6548040 | WILSON, DARRIN | 2700 SHADY TREE LN | EDMOND OK 73013 |
| 6548041 | WITHERS, MEGAN | 5434 #D N. HARVEY AVE | OKLAHOMA CITY OK 73118 |
| 6548042 | WYANT, BRIANA | 610 W. COLLEGE AVE | BLACKWELL OK 74631 |
| 6548043 | WYANT, HALEY | 400 W EDMOND RD, #130 | EDMOND OK 73003 |

TOTAL: 163