## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

TRENT DWIGHT FORD
JILL NICOLE FORD,

    Debtors.

Case Number: 21-10574 SAH
Chapter 7

### *LIMITED* OBJECTION TO MOTION FOR ORDER EXTENDING TIME TO FILE COMPLAINTS TO OBJECT TO DISCHARGE OF DEBTOR

TRENT DWIGHT FORD and JILL NICOLE FORD, the Debtors in the above-captioned proceeding, herein respond to the "Motion by United States Trustee for Order Extending Time to File Complaints to Object to Discharge of Debtor" (the "Motion") filed by the Office of the United States Trustee ("UST") on June 4, 2021 [Doc. 32]. For their response, the Debtors aver as follows:

1. The Motion seeks to extend the bar date for objections to discharge from June 14, 2021 to September 13, 2021, or ninety (90) days.

2. Debtors do not object to a brief extension of the bar date. However, Debtors believe that 90 days is too long.

3. Debtors would agree to a 45-day extension of the bar date.

4. If the UST needs more time, the UST must show cause to extend the deadline beyond the 45 days agreed to by the Debtors.

WHEREFORE, given the above facts, Debtors request that the Court enter an Order denying the Motion of the UST as it is filed, and for other such relief as the Court deems just and proper.

                                                          Respectfully submitted,

/s/ Jerry D. Brown
Jerry D. Brown, OBA #16815
JERRY D. BROWN, P.C.
5500 N. Western Ave., Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001 (Fax)
jdbrownpc@sbcglobal.net
Attorney for Debtors